UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Southern Utah Wilderness Alliance, *et al.*,   )
                                                   )
         Plaintiffs,            )
                                                   )
                                                 )   Civ. No.
Dirk Kempthorne, Secretary,           )
     Department of the Interior, *et al.*,  )
                                                 )
        Defendants.          )

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE***
**AND SUPPORTING MEMORANDUM**

Pursuant to Local Rule 83.2, counsel for plaintiffs hereby move for the admission, *pro hac vice*, of Stephen H.M. Bloch for purposes of appearing as co-counsel for plaintiffs. Plaintiffs' counsel, Sharon Buccino, sponsors Mr. Bloch's admission. In support of this motion, plaintiffs submit the attached certification of Mr. Bloch and state as follows:

1.      Mr. Bloch received his J.D. from the University of Utah College of Law in 1997, and was admitted to the Bar of the State of Utah in 1997, where he continues to be a member in good standing before the Supreme Court of the State of Utah.

3      Mr. Bloch became a staff attorney with Southern Utah Wilderness Alliance in February, 1999. Prior to his employment with Southern Utah Wilderness Alliance, Mr. Bloch served as a law clerk for the Honorable Judith Billings, Utah Court of Appeals in Salt Lake City, Utah, and a legal fellow for Defenders of Wildlife in Washington, D.C.

4.      Mr. Bloch is not currently admitted as co-counsel, *pro hac vice*, in any other pending matter before the District Court for the District of Columbia.

5.  As the attached declaration certifies, Mr. Bloch is personally familiar with the Local Rules for this Court, the U.S. Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility of the District of Columbia Court of Appeals, and he will faithfully adhere to all such rules.

Respectfully Submitted,

*/s/ Sharon Buccino*

Sharon Buccino
(D.C. Bar No. 432073)
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, D.C. 20005

Stephen H. M. Bloch
(Utah Bar No. 7813)
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111
(801) 486-3161

March 10, 2008                    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Southern Utah Wilderness Alliance, *et al.*,    )
                                                 )
        Plaintiffs,                          )
                                                 )
                                                 )    Civ. No.
                                                 )
Dirk Kempthorne, Secretary,                      )
    Department of the Interior, *et al.*,     )
                                                 )
        Defendants.                          )


## DECLARATION OF STEPHEN H.M. BLOCH

1.     I am an attorney at law, admitted to practice before the courts of the State of Utah since 1997. I have never been subject to any disciplinary proceedings in any Court.

2.     I am a staff attorney with the Southern Utah Wilderness Alliance, a Utah non-profit corporation, located at 425 East 100 South, Salt Lake City, Utah 84111, (801) 486-3161.

3.     I am personally familiar with the Local Rules for the United States District Court for the District of Columbia, the United States Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility of the District of Columbia Court of Appeals. I will faithfully adhere to these rules.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

                                                                           Stephen H.M. Bloch

March 5, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Southern Utah Wilderness Alliance, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civ. No. |
| Dirk Kempthorne, Secretary, ) | |
| Department of the Interior, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF STEPHEN H.M. BLOCH**

Upon consideration of plaintiffs' motion for *pro hac vice* admission, it is, by the Court,

ORDERED that the motion is GRANTED, and it is further ORDERED that Stephen H.M. Bloch is hereby authorized to appear on behalf of plaintiffs in the above-captioned matter.

United States District Judge

_____, 2008