IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE<br>122 C St NW # 240<br>Washington, DC 20001,   *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240,   *et al.*<br><br>Defendants. | Civ. No. 08-0411 (EGS) |

AFFIDAVIT OF SERVICE

I, Craig Dylan Wyatt, served a copy of the complaint in this action and the relevant summons to the following parties:

Dirk Kempthorne, Secretary of the Interior
US Department of the Interior
1849 C Street, NW
Washington, DC  20240

US Department of the Interior
1849 C Street, NW
Washington, DC  20240

Bureau of Land Management
US Department of the Interior
1849 C Street, NW
Washington, DC  20240

Michael B. Mukasey, US Attorney General
US Department of Justice
10th & Constitution Ave., NW
Washington, DC 20530

Jeffrey A. Taylor, US Attorney
Office of the US Attorney
Judiciary Center Building
555 -4th Street, NW
Washignton, DC 20001

Please find attached the US Postal Service tracking confirmations of delivery to these parties.

_____
Craig Dylan Wyatt

March 24, 2008

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Dirk Kempthorne, Sec. of the Interior
US Department of the Interior
1849 C Street, NW
Washington, DC 20240

4a. Article Number
7007 1490 0001 3922 1282

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery: 3/11/2008

5. Received By: (Print Name) M. Tyson

6. Signature: (Addressee or Agent) X M. Tyson

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994     Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

US Department of the Interior
1849 C Street, NW
Washington, DC 20240

4a. Article Number
7007 1490 0001 3922 1299

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery: March 11, 2008

5. Received By: (Print Name) M. Tyson

6. Signature: (Addressee or Agent) X M. Tyson

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994     Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Bureau of Land Management
US Department of the Interior
1849 C Street, NW
Washington, DC 20240

4a. Article Number
7007 1490 0001 3922 1312

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery: 3-12-08

5. Received By: (Print Name) P. Britell

6. Signature: (Addressee or Agent) X P. Britell

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994     Domestic Return Receipt

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Michael B. Mukasey, Attorney General
US Department of Justice
10th & Constitution Ave., NW
Washington, DC 20530

4a. Article Number
7007 1490 0001 3922 1305

4b. Service Type
☐ Registered       ☒ Certified
☐ Express Mail     ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name) Samuel L Parker

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent) MAR 1 1 2008
X

PS Form 3811, December 1994          Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Jeffrey A. Taylor, US Attorney
Office of the US Attorney
555 -4th Street, NW
Washington, DC 20001

4a. Article Number
7007 1490 0001 3922 1329

4b. Service Type
☐ Registered       ☒ Certified
☐ Express Mail     ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  Samuel L Parker  MAR 1 2008

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994          Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Charles Findlay, Asst. Chief
Natural Resources Section, USDOJ
PO Box 663
Washington, DC 20044

4a. Article Number
7007 1490 0001 3922 1336

4b. Service Type
☐ Registered       ☒ Certified
☐ Express Mail     ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
3/12/08

5. Received By: (Print Name)
G. Newman

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X  G. Newman

PS Form 3811, December 1994          Domestic Return Receipt