IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, )<br>NATURAL RESOURCES DEFENSE COUNCIL, )<br>THE WILDERNESS SOCIETY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, in his official )<br>capacity as the Secretary of the United States )<br>Department of the Interior, )<br>THE UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, THE BUREAU OF )<br>LAND MANAGEMENT, )<br>)<br>Defendants. )<br>_____)<br>)<br>ENDURING RESOURCES, LLC, )<br>)<br>)<br>Movant-Intervenor. )<br>_____) | CASE NO. 1:08-cv-00411-EGS<br><br>Administrative Record to be filed by<br>April 11, 2008 |

**NOTICE OF ENTRY OF APPEARANCE OF REBECCA W. WATSON
FOR ENDURING RESOURCES, LLC**

Pursuant to Local Civil Rule 83.6, Rebecca W. Watson, Esquire, hereby gives notice of her entry of appearance herein on behalf of Movant-Intervenor Enduring Resources, LLC.

Dated: March 25, 2008

    Respectfully submitted,

    /s/ Rebecca W. Watson
    Jonathan L. Abram (DC Bar # 389896)
    jlabram@hhlaw.com
    Kirsten Friedel Roddy (DC Bar # 467805)
    kfroddy@hhlaw.com

HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 20004-1109
Tel: (202) 637-5600
Fax: (202) 637-5910

Rebecca W. Watson (DC Bar # 445844)
rwwatson@hhlaw.com
HOGAN & HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 899-7300
Fax: (303) 899-7333

Laura Lindley (*pro hac vice filed concurrently*)
llindley@bjorklindley.com
Kathleen C. Schroder (*pro hac vice filed concurrently*)
kschroder@bjorklindley.com
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 892-1400
(303) 892-1401 (facsimile)

*Counsel for Enduring Resources, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008 I filed the foregoing with the Clerk of Court via electronic mail in accordance with local practice. As a result, a true and correct copy of the foregoing was served on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF. In addition, a true and correct copy of the foregoing was served by overnight mail on March 25, 2008 on those counsel listed below:

John Most, Esq.
United States Department of Justice
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, N.W., Room 3536
Washington, D.C. 20004

Sharon Buccino
Natural Resources Defense Council
1200 New York Avenue, N.W., Suite 400
Washington, D.C. 20005

Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111

/s/ Kirsten Friedel Roddy