## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SOUTHERN UTAH WILDERNESS ALLIANCE, )
NATURAL RESOURCES DEFENSE COUNCIL, )
THE WILDERNESS SOCIETY, )
)
      Plaintiffs, )
)
v. )   CASE NO. 1:08-cv-00411-EGS
)
DIRK KEMPTHORNE, in his official )
capacity as the Secretary of the United States )   Administrative Record to be filed by
Department of the Interior, )   April 11, 2008
THE UNITED STATES DEPARTMENT )
OF THE INTERIOR, THE BUREAU OF )
LAND MANAGEMENT, )
)
      Defendants. )
_____)
)
ENDURING RESOURCES, LLC, )
475 Seventeenth Street, Suite 1500 )
Denver, CO 80202 )
)
      Movant-Intervenor. )
_____)

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

    I, the undersigned counsel of record for Enduring Resources, LLC, certify to the best of my knowledge and belief that Enduring Resources, LLC has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

    This representation is made so judges of this court may determine the need for recusal.

Dated: March 25, 2008

                                          Respectfully submitted,

                                          /s/ Kirsten Friedel Roddy
                                          Jonathan L. Abram (DC Bar # 389896)

jlabram@hhlaw.com
Kirsten Friedel Roddy (DC Bar # 467805)
kfroddy@hhlaw.com
HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 20004-1109
Tel: (202) 637-5600
Fax: (202) 637-5910

Rebecca W. Watson (DC Bar # 445844)
rwwatson@hhlaw.com
HOGAN & HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 899-7300
Fax: (303) 899-7333

Laura Lindley (*pro hac vice filed concurrently*)
llindley@bjorklindley.com
Kathleen C. Schroder (*pro hac vice filed concurrently*)
kschroder@bjorklindley.com
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 892-1400
(303) 892-1401 (facsimile)

*Counsel for Enduring Resources, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008 I filed the foregoing with the Clerk of Court via electronic mail in accordance with local practice. As a result, a true and correct copy of the foregoing was served on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF. In addition, a true and correct copy of the foregoing was served by overnight mail on March 25, 2008 on those counsel listed below:

John Most, Esq.
United States Department of Justice
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, N.W., Room 3536
Washington, D.C. 20004

Sharon Buccino
Natural Resources Defense Council
1200 New York Avenue, N.W., Suite 400
Washington, D.C. 20005

Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111

/s/ Kirsten Friedel Roddy