IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br>NATURAL RESOURCES DEFENSE COUNCIL,<br>THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official<br>capacity as the Secretary of the United States<br>Department of the Interior,<br>THE UNITED STATES DEPARTMENT<br>OF THE INTERIOR, THE BUREAU OF<br>LAND MANAGEMENT,<br><br>    Defendants.<br><br>ENDURING RESOURCES, LLC,<br><br>    Movant-Intervenor. | CASE NO. 1:08-cv-00411-EGS<br><br>Administrative Record to be filed by<br>April 11, 2008 |

## MOTION FOR LAURA LINDLEY TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), I move the admission of Laura Lindley as *pro hac vice* counsel for proposed Intervenor-Defendant Enduring Resources, LLC and consent to serve as local counsel. In accordance with Local Civil Rule 83.2(d), the declaration of Laura Lindley is attached as Exhibit A to this motion.

Dated: March 25, 2008  /s/ Kirsten Friedel Roddy
    Jonathan L. Abram (DC Bar # 389896)
    Kirsten Friedel Roddy (DC Bar # 467805)
    HOGAN & HARTSON LLP
    555 Thirteenth Street, N.W.
    Washington, DC 20004
    (202) 637-5681
    (202) 637-5910 (facsimile)

    *Counsel for Enduring Resources, LLC*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOUTHERN UTAH WILDERNESS ALLIANCE, )
NATURAL RESOURCES DEFENSE COUNCIL, )
THE WILDERNESS SOCIETY, )
)
       Plaintiffs, )
)
v. )   CASE NO. 1:08-cv-00411-EGS
)
DIRK KEMPTHORNE, in his official )
capacity as the Secretary of the United States )
Department of the Interior, )
THE UNITED STATES DEPARTMENT )
OF THE INTERIOR, THE BUREAU OF )
LAND MANAGEMENT, )
)
       Defendants. )
_____)
)
ENDURING RESOURCES, LLC, )
475 Seventeenth Street, Suite 1500 )
Denver, CO 80202 )
)
       Movant-Intervenor. )
_____)

## DECLARATION OF LAURA LINDLEY

I, Laura Lindley, swear and affirm under the penalties of perjury that I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge.

   1.   My full name is Laura Lindley.

   2.   My office address is:
       Bjork Lindley Little PC
       1600 Stout Street, Suite 1400
       Denver, Colorado 80202-3110
       (303) 892-1400

   3.   I am admitted to the bars of the State of Colorado, the United State Supreme Court, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States District Court for the District of Colorado.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6. I do not practice law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17 day of March, 2008.

_____
Laura Lindley

State of Colorado          )
City and County of Denver  )

Subscribed and sworn to before me this 17 day of March, 2008.

_____
Notary Public
My Commission expires: 12-23-11

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008 I filed the foregoing with the Clerk of Court via electronic mail in accordance with local practice. As a result, a true and correct copy of the foregoing was served on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF. In addition, a true and correct copy of the foregoing was served by overnight mail on March 25, 2008 on those counsel listed below:

John Most, Esq.
United States Department of Justice
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, N.W., Room 3536
Washington, D.C. 20004

Sharon Buccino
Natural Resources Defense Council
1200 New York Avenue, N.W., Suite 400
Washington, D.C. 20005

Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111

/s/ Kirsten Friedel Roddy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, THE UNITED STATES DEPARTMENT OF THE INTERIOR, THE BUREAU OF LAND MANAGEMENT,<br><br>Defendants.<br><br>ENDURING RESOURCES, LLC,<br><br>Defendant-Intervenor. | CASE NO. 1:08-cv-00411-EGS |

## ORDER

UPON CONSIDERATION of the Motion for Laura Lindley to Appear *Pro Hac Vice*, as well as the entire record herein, it is hereby

ORDERED that the Motion for Laura Lindley to Appear *Pro Hac Vice* is GRANTED.

Dated this ___ day of _____, 2008.

_____
Hon. Emmet G. Sullivan

\\\\DC - 023947/000010 - 2700691 v1