## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, | ) | |
| THE WILDERNESS SOCIETY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cv-00411-EGS |
| | ) | |
| DIRK KEMPTHORNE, in his official | ) | Administrative Record to be filed by |
| capacity as the Secretary of the United States | ) | April 11, 2008 |
| Department of the Interior, | ) | |
| THE UNITED STATES DEPARTMENT | ) | |
| OF THE INTERIOR, THE BUREAU OF | ) | |
| LAND MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ENDURING RESOURCES, LLC, | ) | |
| | ) | |
| Movant-Intervenor. | ) | |
| | ) | |

## MOTION FOR REBECCA W. WATSON TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), I move the admission of Rebecca W. Watson as *pro hac vice* counsel for proposed Intervenor-Defendant Enduring Resources, LLC and consent to serve as local counsel.  In accordance with Local Civil Rule 83.2(d), the declaration of Rebecca W. Watson is attached as Exhibit A to this motion.

Dated:  April 8, 2008                    /s/ Kirsten Friedel Roddy

                                         Jonathan L. Abram (DC Bar # 389896)
                                         Kirsten Friedel Roddy (DC Bar # 467805)
                                         HOGAN & HARTSON LLP
                                         555 Thirteenth Street, N.W.
                                         Washington, DC 20004
                                         (202) 637-5681
                                         (202) 637-5910 (facsimile)

                                         *Counsel for Enduring Resources, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I filed the foregoing with the Clerk of Court via

electronic mail in accordance with local practice.  As a result, a true and correct copy of the

foregoing was served on all counsel authorized to receive Notices of Electronic Filing generated

by CM/ECF.  In addition, a true and correct copy of the foregoing was served by overnight mail

on counsel listed below:


John Most, Esq.
United States Department of Justice
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, N.W., Room 3536
Washington, D.C. 20004




                                          /s/ Kirsten Friedel Roddy

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, | ) | |
| THE WILDERNESS SOCIETY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cv-00411-EGS |
| | ) | |
| DIRK KEMPTHORNE, in his official | ) | Administrative Record to be filed by |
| capacity as the Secretary of the United States | ) | April 11, 2008 |
| Department of the Interior, | ) | |
| THE UNITED STATES DEPARTMENT | ) | |
| OF THE INTERIOR, THE BUREAU OF | ) | |
| LAND MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| ENDURING RESOURCES, LLC, | ) | |
| | ) | |
| Movant-Intervenor. | ) | |
| | ) | |

**DECLARATION OF REBECCA W. WATSON**

I, Rebecca W. Watson, swear and affirm under the penalties of perjury that I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge.

1.    My full name is Rebecca Wunder Watson.

2.    My office address is:

Hogan and Hartson LLP

1200 17th Street, Suite 1500

Denver, CO 80202

(303) 454-2450

3.    I am admitted to the bars of the State of Colorado, State of Montana, State of

Wyoming and the District of Columbia; the United States Supreme Court; the

United States Court of Appeals for the Ninth Circuit; the United States Court of

Appeals for the Tenth Circuit; the U.S. Claims Court; and the United States

District Courts for the District of Colorado, the District of Montana, and the

District of Wyoming.

4.    I have not been disciplined by any bar.

5.    I have not been admitted *pro hac vice* to the United States District Court for the

District of Columbia within the last two years.

6.    I do not practice law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of March, 2008.

Rebecca W. Watson

State of Colorado          )
City and County of Denver  )

Subscribed and sworn to before me this 27th day of March, 2008.

```
HELEN R. HYATT
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires Dec. 13, 2009
```

Helen R. Hyatt
Notary Public

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SOUTHERN UTAH WILDERNESS ALLIANCE, )
NATURAL RESOURCES DEFENSE COUNCIL, )
THE WILDERNESS SOCIETY,  )
                                  )
              Plaintiffs,  )
                                  )
             v.  )      CASE NO. 1:08-cv-00411-EGS
                                  )
DIRK KEMPTHORNE, in his official  )
capacity as the Secretary of the United States  )
Department of the Interior,  )
THE UNITED STATES DEPARTMENT  )
OF THE INTERIOR, THE BUREAU OF  )
LAND MANAGEMENT,  )
                                  )
             Defendants.  )
_____)
                                  )
ENDURING RESOURCES, LLC,  )
                                  )
                                  )
             Defendant-Intervenor.  )
_____)

**ORDER**

       UPON CONSIDERATION of the Motion for Rebecca W. Watson to Appear *Pro Hac Vice*, as well as the entire record herein, it is hereby

       ORDERED that the Motion for Rebecca W. Watson to Appear *Pro Hac Vice* is GRANTED.

Dated this ___ day of _____, 2008.


_____
Hon. Emmet G. Sullivan