UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, the BUREAU OF LAND MANAGEMENT,<br><br>    Federal Defendants,<br><br>ENDURING RESOURCES, LLC,<br><br>    Defendant-Intervenor | Case: 1:08-cv-00411<br>Judge Emmet G. Sullivan |

NOTICE OF APPEARANCE

Notice is hereby given that John S. Most enters his appearance as counsel of record for the Federal Defendants in the above-captioned matter. Service of all papers by United States mail should be addressed to the Post Office box indicated in the signature block below. Express deliveries, such as FedEx, should be addressed as follows:

>John S. Most
>601 D Street, N.W., Room 3536
>Washington, D.C. 20004
>(202) 616-3353

April 11, 2008					Respectfully submitted,

>RONALD J. TENPAS
>Assistant Attorney General
>
>  /S/ John S. Most
>JOHN S. MOST (Virginia Bar #27176)
>Trial Attorney, Natural Resources Section
>Environment & Natural Resources Division
>United States Department of Justice
>P.O. Box 663
>Washington, D.C. 20044
>(202) 616-3353, (202) 305-0274 (fax)
>email john.most@usdoj.gov
>
>Counsel for Defendants

OF COUNSEL

JOHN W. STEIGER
Office of the Solicitor
Department of the Interior
Suite 6201 - Federal Building
125 S. State Street
Salt Lake City, Utah  84138
(801)524-5677, (801)524-4506 (fax)

**Certificate of Service**

       I hereby certify that on April 11, 2008, a copy of the foregoing was served on counsel of record noted below by filing it electronically using the Court's ECF system:

*Counsel for Plaintiffs:*

Sharon Buccino (D.C. Bar # 432073)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Avenue, N.W.
Suite 400
Washington, D. C. 20005
289-6868

Stephen H.M. Bloch (UT Bar #7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
(801) 486-3161

*Counsel for Defendant-Intervenor:*

Jonathan L. Abram
jlabram@hhlaw.com
Kirsten Friedel Roddy
kfroody@hhlaw.com
HOGAN AND HARTSON LLP
555 13th Street, N.W.
Washington, d. C. 20004-1109
Tel: (202) 637-5600

Rebecca W. Watson
rwwatson@hhlaw.com
HOGAN AND HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: (303) 899-7300

Laura Lindley
llindley@bjorklindley.com
Kathleen C. Schroder
kschroder@bjorklindley.com
BJORK LINDLEY LITTLE PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 892-1400

                                      /S/ John S. Most
                                        JOHN S. MOST