UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, THE WILDERNESS SOCIETY,<br><br>  Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, the BUREAU OF LAND MANAGEMENT,<br><br>  Federal Defendants,<br><br>ENDURING RESOURCES, LLC,<br><br>  Defendant-Intervenor | Case: 1:08-cv-00411<br>Judge Emmet G. Sullivan |

NOTICE REGARDING ADMINISTRATIVE RECORD

The administrative record in this case is filed herewith on three compact discs ("CDs"), described below, and is being maintained in the case file in the Clerk's Office. The CDs will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday. Copies of the CDs have been provided to counsel for Plaintiffs and for Defendant-Intervenor. For any extended viewing or searching, it is recommended that the data be copied onto a computer hard drive, rather than reading the data directly from a computer's CD-ROM drive. Federal Defendants also note that, due to late discovery of a small number of scanning errors in this 41,000 page record, a minor supplement to this record will be filed by April 17, 2008.

The CDs filed herewith are composed as follows:

|  | Filename | General Description | Page range |
|---|---|---|---|
| CD1 | Box 1.pdf | Correspondence; internal draft NEPA documents; public notices and news releases; public comments; documents referred to in environmental assessment. | 1 to 3179 |
|  | Box 2.pdf | Additional documents referred to in environmental assessment. | 3180 to 6950 |
| CD2 | Box 3.pdf | Additional documents referred to in environmental assessment; miscellaneous documents; materials related to state director review | 6951 to 11803 |
|  | Box 4a.pdf | Various air quality materials; public comments deemed non-substantive by BLM. | 11804 to 26171 |
|  | Box 4b.pdf | Public comments deemed non-substantive; public comments received after deadline; air quality data. | 261712 to 40539 |
| CD3 | Box 5.pdf | January 2005 Draft Resource Management Plan ("RMP") and EIS; October 2007 Supplement to Draft RMP and EIS. | A1 (40540) to A1228 (41767) [1] |

April 11, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

    /S/ John S. Most
JOHN S. MOST (Virginia Bar #27176)
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 616-3353, (202) 305-0274 (fax)
email john.most@usdoj.gov

Counsel for Defendants

---

[1] Due to the size of the administrative record and to technical limitations in Adobe Acrobat, it was necessary to use a different page-numbering scheme for Box 5.pdf, to ensure that all pages in the record are uniquely numbered. Use of this unique numbering scheme will avoid confusion when the parties cite excerpts of the administrative record in their briefs.

OF COUNSEL

JOHN W. STEIGER
Office of the Solicitor
Department of the Interior
Suite 6201 - Federal Building
125 S. State Street
Salt Lake City, Utah  84138
(801)524-5677, (801)524-4506 (fax)

**Certificate of Service**

I hereby certify that on April 11, 2008, a copy of the foregoing was served on counsel of record noted below by filing it electronically using the Court's ECF system:

*Counsel for Plaintiffs:*

Sharon Buccino (D.C. Bar # 432073)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Avenue, N.W.
Suite 400
Washington, D. C. 20005
289-6868

Stephen H.M. Bloch (UT Bar #7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
(801) 486-3161

*Counsel for Defendant-Intervenor:*

Jonathan L. Abram
jlabram@hhlaw.com
Kirsten Friedel Roddy
kfroody@hhlaw.com
HOGAN AND HARTSON LLP
555 13th Street, N.W.
Washington, d. C. 20004-1109
Tel: (202) 637-5600

Rebecca W. Watson
rwwatson@hhlaw.com
HOGAN AND HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: (303) 899-7300

Laura Lindley
llindley@bjorklindley.com
Kathleen C. Schroder
kschroder@bjorklindley.com
BJORK LINDLEY LITTLE PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 892-1400

    /S/ John S. Most
    JOHN S. MOST