UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, the BUREAU OF LAND MANAGEMENT, <br><br> Federal Defendants, <br><br> ENDURING RESOURCES, LLC, <br><br> Defendant-Intervenor | Case: 1:08-cv-00411 <br> Next Scheduled Court Deadline: <br> Plaintiffs' Motion for Summary Judgment, <br> Due May 5, 2008 <br> Judge Emmet G. Sullivan |

NOTICE OF FILING CORRECTED CERTIFICATE OF SERVICE

On April 11, 2008, Federal Defendants manually filed the administrative record in this case, consisting of three compact discs ("CD"). The certificate of service for that filing indicated that copies of the record were served by Fedex on Friday April 11, 2008, for delivery on Monday April 14, 2008. On Monday morning April 14, 2008, undersigned counsel discovered that the service copies, which had been packaged, sealed, and labeled for shipment on April 11, were still in his "out" box, and had not been taken to the building's FedEx pick-up location. To correct this error, the undersigned personally hand-delivered the CDs to the address of record in Washington, D.C. for Plaintiff Natural Resources Defense Council ("NRDC"). The package was received at about 11:00 a.m. on April 14 by an NRDC staff member, on behalf of Plaintiff's Counsel Sharon Buccino. Similarly, agency counsel John Steiger personally hand-delivered one set of CDs containing the

administrative record to Plaintiff's Counsel Stephen Bloch in Salt Lake City, Utah, at about 12:00 noon (mountain time) on April 14, 2008. The corrected certificate of service filed herewith reflects this hand delivery, and further indicates that counsel for Defendant-Intervenor were served on April 14, 2008, by FedEx delivery to occur on April 15.

| | |
|---|---|
| April 16, 2008 | Respectfully submitted, |
| | RONALD J. TENPAS<br>Assistant Attorney General |
| |     /S/ John S. Most<br>JOHN S. MOST (Virginia Bar #27176)<br>Trial Attorney, Natural Resources Section<br>Environment & Natural Resources Division<br>United States Department of Justice<br>P.O. Box 663<br>Washington, D.C. 20044<br>(202) 616-3353, (202) 305-0274 (fax)<br>email john.most@usdoj.gov |
| | Counsel for Defendants |

OF COUNSEL

JOHN W. STEIGER
Office of the Solicitor
Department of the Interior
Suite 6201 - Federal Building
125 S. State Street
Salt Lake City, Utah 84138
(801)524-5677, (801)524-4506 (fax)

**Certificate of Service**

  I hereby certify that on April 16, 2008, copies of the foregoing notice and its attachment were served on counsel of record noted below by electronic filing, using the Court's ECF system.

*Counsel for Plaintiffs:*

Sharon Buccino (D.C. Bar # 432073)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Avenue, N.W.
Suite 400
Washington, D. C. 20005
289-6868

Stephen H.M. Bloch (UT Bar #7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
(801) 486-3161

*Counsel for Defendant-Intervenor:*

Jonathan L. Abram
jlabram@hhlaw.com
Kirsten Friedel Roddy
kfroody@hhlaw.com
HOGAN AND HARTSON LLP
555 13th Street, N.W.
Washington, d. C. 20004-1109
Tel: (202) 637-5600

Rebecca W. Watson
rwwatson@hhlaw.com
HOGAN AND HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: (303) 899-7300

Laura Lindley
llindley@bjorklindley.com
Kathleen C. Schroder
kschroder@bjorklindley.com
BJORK LINDLEY LITTLE PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 892-1400

     /S/ John S. Most
     JOHN S. MOST

**Corrected Certificate of Service for April 11, 2008 Filing**

I hereby certify that on April 14, 2008, copies of the administrative record in this case on three CDs were served on Plaintiffs' counsel noted below by hand-delivery at their respective office locations, and on Defendant-Intervenor's counsel noted below by FedEx, for delivery on April 15, 2008.

*Counsel for Plaintiffs:*

Sharon Buccino (D.C. Bar # 432073)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Avenue, N.W.
Suite 400
Washington, D. C.  20005
289-6868

Stephen H.M. Bloch (UT Bar #7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
(801) 486-3161

*Counsel for Defendant-Intervenor:*

Jonathan L. Abram
jlabram@hhlaw.com
Kirsten Friedel Roddy
kfroody@hhlaw.com
HOGAN AND HARTSON LLP
555 13th Street, N.W.
Washington, d. C.  20004-1109
Tel: (202) 637-5600

Rebecca W. Watson
rwwatson@hhlaw.com
HOGAN AND HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: (303) 899-7300

Laura Lindley
llindley@bjorklindley.com
Kathleen C. Schroder
kschroder@bjorklindley.com
BJORK LINDLEY LITTLE PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 892-1400


    /S/ John S. Most
    JOHN S. MOST