IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, )<br>NATURAL RESOURCES DEFENSE COUNCIL, )<br>THE WILDERNESS SOCIETY, )<br>   )<br>   Plaintiffs, )<br>   )<br>   v. )<br>   )<br>DIRK KEMPTHORNE, in his official )<br>capacity as the Secretary of the United States )<br>Department of the Interior, )<br>THE UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, THE BUREAU OF )<br>LAND MANAGEMENT, )<br>   )<br>   Defendants. )<br>_____)<br>   )<br>ENDURING RESOURCES, LLC, )<br>475 Seventeenth Street, Suite 1500 )<br>Denver, CO 80202 )<br>   )<br>   Defendant-Intervenor. )<br>_____) | CASE NO. 1:08-cv-00411-EGS<br>Plaintiffs' Motion for Summary<br>Judgment Due to Court May 5, 2008 |

**UNOPPOSED MOTION OF ENDURING RESOURCES, LLC
TO AMEND SCHEDULING ORDER**

Enduring Resources, LLC ("Enduring") hereby respectfully moves to amend the Scheduling Order issued by this Court on March 17, 2008, to change the date of the motions hearing currently set for October 8, 2008. Enduring conferred with counsel for the Plaintiffs and Federal Defendants, who indicated that a motions hearing the week of September 8, 2008, would accommodate the schedules of the parties, if such a date is compatible with the Court's preexisting commitments. If a motions hearing cannot be scheduled during the week of September 8, 2008, Enduring respectfully requests that the motions hearing be scheduled for the

earliest available date in September, subject to convenience of the Court. Counsel have authorized us to represent that neither Plaintiffs nor the Federal Defendants oppose this request.

In support of this motion, Enduring states as follows:

1. Enduring was granted status as a Defendant-Intervenor in this action on March 26, 2008.

2. Prior to Enduring's intervention, the Plaintiffs and the Federal Defendants entered a Joint Proposed Schedule and Parties' Stipulation as to Allowed Oil and Gas Activities ("Joint Stipulation") in this action on March 14, 2008.

3. In the Joint Stipulation, the Federal Defendants stipulated that Enduring would be permitted to conduct a limited amount of drilling activity pursuant to the Rock House project, which was approved by a Decision Record for the Rock House project issued on December 18, 2007, by Federal Defendant Bureau of Land Management and is the subject of this action. The Federal Defendants and Plaintiffs anticipated that the permitted drilling activity would take approximately 180 days to complete. Joint Stipulation, at 1. Defendant Bureau of Land Management agreed that it "will authorize no further ground-disturbing activity pursuant to the Rock House project, pending consideration of this matter before the Court." Joint Stipulation, at 4.

4. In the Joint Stipulation, the Plaintiffs and Federal Defendants proposed a schedule for disposition of this action. The proposed schedule was "intended to provide for briefing and Court resolution of this action within the 180 days during which the stipulated drilling activities will occur." Joint Stipulation, at 1.

5. In the Scheduling Order dated March 17, 2008, this Court scheduled a motions hearing for October 8, 2008, in Courtroom 24A. The October 8, 2008, date for the motions

hearing is outside of the 180-day period during which the parties sought to conclude briefing and a hearing in this action.

6. Because Federal Defendant Bureau of Land Management has agreed not to approve any ground-disturbing activities pursuant to the Rock House project before the resolution of this action, a motions hearing outside of the 180-day period contemplated by the parties will delay Enduring's ability to conduct operations pursuant to the Rock House project should the Federal Defendants prevail in this action.

7. A motions hearing in early September 2008 would place the motions hearing within the 180-day window contemplated by the parties for briefing and a hearing in this action.

8. Counsel for Enduring conferred with counsel for the Plaintiffs and Federal Defendants, who indicated that a motions hearing during the week of September 8, 2008, would be compatible with their litigation schedules. In accordance with their request, Enduring requests that the motions hearing be rescheduled during the week of September 8, 2008, if such time frame is convenient for the Court. The Plaintiffs and Federal Defendants do not oppose this motion.

**WHEREFORE**, Enduring Resources, LLC respectfully requests that this Court grant its Unopposed Motion to Amend the Scheduling Order and schedule a motions hearing during the week of September 8, 2008, or the earliest available date in September 2008, subject to the convenience of the Court.

Respectfully submitted,

_____/s/ Kirsten Friedel Roddy_____
Kirsten F. Roddy (DC Bar # 467805)
Jonathan L. Abram (DC Bar # 389896)
Rebecca W. Watson (admitted *pro hac vice*)
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5681
(202) 637-5910 (facsimile)

Laura Lindley (admitted *pro hac vice*)
Kathleen C. Schroder (admitted *pro hac vice*)
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 892-1400
(303) 892-1401 (facsimile)

*Counsel for Enduring Resources, LLC*

Dated:  April 21, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, )<br>NATURAL RESOURCES DEFENSE COUNCIL, )<br>THE WILDERNESS SOCIETY, )<br>   )<br>   Plaintiffs, )<br>   )<br>v.   )<br>   )<br>DIRK KEMPTHORNE, in his official )<br>capacity as the Secretary of the United States )<br>Department of the Interior, )<br>THE UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, THE BUREAU OF )<br>LAND MANAGEMENT, )<br>   )<br>   Defendants. )<br>_____)<br>   )<br>ENDURING RESOURCES, LLC, )<br>475 Seventeenth Street, Suite 1500 )<br>Denver, CO 80202 )<br>   )<br>   Defendant-Intervenor. )<br>_____) | CASE NO. 1:08-cv-00411-EGS<br>Plaintiffs' Motion for Summary<br>Judgment Due to Court May 5, 2008 |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF THE UNOPPOSED MOTION
OF ENDURING RESOURCES, LLC TO AMEND SCHEDULING ORDER**

**I.   INTRODUCTION**

On March 17, 2008, this Court issued a Scheduling Order that set a motions hearing in this action for October 8, 2008. Defendant-Intervenor Enduring Resources, LLC ("Enduring") respectfully requests that this Court amend the Scheduling Order to set the motions hearing for the week of September 8, 2008, or the earliest available date in September 2008, if such a date is compatible with the Court's existing commitments. A motions hearing in early September 2008

would mitigate delays to Enduring's operations in the Rock House project area and lessen the economic impact of such delays.

## II.  DISCUSSION

Enduring requests an earlier date for the motions hearing so that, in the event this Court finds in favor of the Federal Defendants, Enduring can more quickly begin operations that are currently suspended pursuant to the Joint Proposed Schedule and Parties' Stipulation as to Allowed Oil and Gas Activities ("Joint Stipulation") dated March 14, 2008, and lessen the economic injury resulting from the suspension.  In the Joint Stipulation, the Federal Defendants agreed to limit the amount of activity that could occur pursuant to the Finding of No Significant Impact and Decision Record ("FONSI/Decision Record") issued on December 18, 2007.  The Plaintiffs reciprocally agreed to argue the merits of this action on an expedited briefing schedule.

Under the Joint Stipulation, Enduring was permitted to conduct a limited amount of drilling activity pursuant to the Rock House FONSI/Decision Record.  Specifically, Enduring was allowed to completely drill, fracture, and complete five wells and connect these wells to a pipeline.  Joint Stipulation, at 3.  Additionally, Enduring was allowed to construct a steel gas pipeline and a water pipeline system.  *Id.*  The Federal Defendants and Plaintiffs anticipated that these activities would take approximately 180 days to complete, or until September 10, 2008.  *Id.* at 1.  Once Enduring completes these activities, Enduring cannot undertake any additional ground disturbing activities authorized by the Rock House FONSI/Decision Record while this action is pending before this Court, because Defendant Bureau of Land Management (BLM) agreed that it will not authorize additional ground-disturbing activity during the pendency of this litigation. *Id.* at 4.

Once Enduring completes the activities currently permitted under the Joint Stipulation, Enduring will suffer compounding harm from delayed resolution of this action. If, as scheduled, the motions hearing occurs as late as October 2008 and the Federal Defendants prevail on the merits of this action, Enduring may be prevented from drilling additional wells until mid-2009 in the Rock House project area because of logistical delays and on-the-ground conditions during the winter months.

If this Court issues a decision upholding the decision of Defendant BLM approving the Rock House FONSI/Decision Record, logistical delays prevent Enduring from commencing operations on the ground immediately. Before Enduring could begin surface disturbing activities, the BLM must process applications for permits to drill (APDs) for federal wells and issue the permits. Recently, the BLM has not been processing APDs in less than 60 days. Similarly, before Enduring can drill wells on state or fee lands, it must obtain rights-of-way from the BLM to gain access to the state and private leases. The BLM generally takes approximately 90 days to process rights-of-way applications. Once Enduring acquires APDs to drill additional wells or rights-of-way to gain access to state and federal leases, it must build well pad locations, which will take at least 30 days due to the terrain in the Rock House project area. Enduring then must locate a driller and move the drill rig into place. Therefore, if this Court holds in favor of the Federal Defendants, four to six months may pass after the Court's decision before Enduring begins drilling a well. With the motions hearing currently scheduled for October 8, 2008, Enduring could not hope to begin drilling additional wells pursuant to the FONSI/Decision Record before March 2009—or at least five months after Enduring will likely complete the operations authorized by the Joint Stipulation—if the Court issued a favorable ruling in this case contemporaneous with the hearing.

Enduring's ability to conduct operations after October may be further limited by weather and soil conditions. In the Uinta Basin where the Rock House project is located, snowy and muddy conditions on the ground often limit operators' ability to conduct surface-disturbing activities between December and April. For example, Enduring is currently encountering very muddy conditions in the Rock House project area that are making operations difficult to conduct. If next winter brings significant snow or mud, on-the-ground conditions may prevent Enduring from drilling additional wells within four to six months of a decision by this Court upholding the Rock House FONSI/Decision Record. Therefore, even if this Court issued such a ruling contemporaneously with the motions hearing, Enduring may not be able to begin drilling additional wells until late spring or early summer of 2009.

Every day that Enduring cannot develop its leaseholds results in lost revenue to Enduring and prevents Enduring from recouping the $34.6 million it has invested in the Rock House project. Accordingly, Enduring seeks to move the date of the motions hearing for the earliest available date in September 2008. A motions hearing in September 2008 is consistent with the Joint Stipulation proposed by the Plaintiffs and Federal Defendants. In the Joint Stipulation, the Plaintiffs and Federal Defendants provided that the proposed schedule was "intended to provide for briefing and Court resolution of this action within the 180 days during which the stipulated drilling activities will occur." Joint Stipulation, at 1. Enduring anticipated that the abbreviated scheduled proposed in the Joint Stipulation would lessen delays to Enduring's operations if this Court rules in favor of the Federal Defendants and upholds the Rock House project.

Therefore, to mitigate delays to its operations and the economic impact of these delays, Enduring respectfully requests that the date of the motions hearing set in the Scheduling Order for October 8, 2008, be changed, subject to the Court's availability. Enduring conferred with the

Plaintiffs and Federal Defendants, who indicated that a motions hearing the week of September 8, 2008, is compatible with their preexisting commitments. Accordingly, Enduring respectfully requests that the motions hearing be rescheduled for the week of September 8, 2008, or the earliest available date in September 2008, subject to the Court's availability.

### III.   CONCLUSION

For the foregoing reasons, Enduring Resources, LLC respectfully moves this Court to amend the Scheduling Order of March 17, 2008, and set a motions hearing for the week of September 8, 2008, or the earliest available date in September 2008, if such date is compatible with the Court's existing commitments.

Respectfully submitted,

/s/ Kirsten Friedel Roddy
Kirsten F. Roddy (DC Bar # 467805)
Jonathan L. Abram (DC Bar # 389896)
Rebecca W. Watson (admitted *pro hac vice*)
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5681
(202) 637-5910 (facsimile)

Laura Lindley (admitted *pro hac vice*)
Kathleen C. Schroder (admitted *pro hac vice*)
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 892-1400
(303) 892-1401 (facsimile)

*Counsel for Enduring Resources, LLC*

Dated: April 21, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008 I filed the foregoing with the Clerk of Court via the Electronic Case Filing System (ECF).  As a result, a true and correct copy of the foregoing was served on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF.


/s/ Kirsten Friedel Roddy

\\\DC - 023947/000010 - 2715908 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, )<br>NATURAL RESOURCES DEFENSE COUNCIL, )<br>THE WILDERNESS SOCIETY, )<br>  )<br>  Plaintiffs, )<br>  )<br>v. ) <br>  )<br>DIRK KEMPTHORNE, in his official )<br>capacity as the Secretary of the United States )<br>Department of the Interior, )<br>THE UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, THE BUREAU OF )<br>LAND MANAGEMENT, )<br>  )<br>  Defendants. )<br>_____)<br>  )<br>ENDURING RESOURCES, LLC, )<br>475 Seventeenth Street, Suite 1500 )<br>Denver, CO 80202 )<br>  )<br>  Defendant-Intervenor. )<br>_____) | CASE NO. 1:08-cv-00411-EGS |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Unopposed Motion of Enduring Resources, LLC to Amend Scheduling Order, the memorandum of points and authorities filed in support thereof, as well as the entire record herein, and for good cause shown, it is hereby

ORDERED that the Unopposed Motion of Enduring Resources, LLC to Amend Scheduling Order is hereby granted;

ORDERED that the Court's March 17, 2008 Scheduling Order is amended to state that a motions hearing will be held in Courtroom ____ on September ___, 2008, at ____ a.m./p.m.

Dated this ___ day of ____, 2008.

                                                                                    _____
                                                                                     Hon. Emmet G. Sullivan

\\\DC - 023947/000010 - 2715976 v1