UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Southern Utah Wilderness Alliance, Natural Resources Defense Council, The Wilderness Society, | ) ) ) ) | |
| PLAINTIFFS, | ) ) | |
|  | ) ) ) ) | Civ. No.  08-0411 (EGS) Plaintiffs' Motion for Summary Judgment Due May 5, 2008 |
| Dirk Kempthorne, in his official capacity as Secretary of the United States Department of the Interior, the United State Department of the Interior, the Bureau of Land Management, | ) ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |
| Enduring Resources, LLC, | ) ) | |
| DEFENDANT-INTERVENOR | ) ) ) | |

### UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Upon further consideration following the hearing before the Court on April 25, 2008,

Plaintiffs propose the following amendment to the briefing schedule:

Plaintiffs' Motion for Summary Judgment    May 12, 2008 (with 45-page limit per local rule)

Defendants' Opposition and Cross-Motion
for Summary Judgment                        June 9, 2008 (45-page limit per local rule)

Plaintiffs' Opposition and Reply            June 30, 2008 (25-page limit by agreement
                                                            of the parties)


Defendants' Reply Brief                     July 31, 2008 (25 page limit per local rule)

Counsel for Federal Defendants and Defendant-Intervenor Enduring Resources do not

oppose the motion.


Respectfully submitted this 28th day of April, 2008.



____/s/_____

Sharon Buccino (D.C. Bar # 432073)
Natural Resources Defense Council
1200 New York Avenue, N.W. #400
Washington, D. C. 20005

Stephen H.M. Bloch (UT Bar #7813)
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Southern Utah Wilderness Alliance, | ) | |
| Natural Resources Defense Council, The | ) | |
| Wilderness Society, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| | ) | Civ. No.  08-0411 (EGS) |
| | ) | |
| Dirk Kempthorne, in his official capacity | ) | |
| as Secretary of the United States | ) | |
| Department of the Interior, the United | ) | |
| State Department of the Interior, the | ) | |
| Bureau of Land Management, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| Enduring Resources, LLC, | ) | |
| | ) | |
| DEFENDANT-INTERVENOR | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER REVISING BRIEFING SCHEDULE**

It is hereby ORDERED that the briefing schedule is revised as follows:

Plaintiffs' Motion for Summary Judgment    May 12, 2008 (with 45-page limit per local rule)

Defendants' Opposition and Cross-Motion
for Summary Judgment                       June 9, 2008 (45-page limit per local rule)

Plaintiffs' Opposition and Reply           June 30, 2008 (25-page limit by agreement
                                                         of the parties)


Defendants' Reply Brief                     July 31, 2008 (25 page limit per local rule)

_____

U.S. District Judge

Dated: