IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity As the Secretary of the United States Department of the Interior *et al.* <br><br> *et al.* <br><br> Defendants. | Civ. No. 08-0411 (EGS) <br><br> Defendants' and Defendant-Intervenor's Opposition and Cross Motion for Summary Judgment Due June 9, 2008 |
| ENDURING RESOURCES, LLC, <br><br> Defendant-Intervenor | |

## PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

Plaintiffs move this Court to supplement the record of this case with two related items which arose after the federal defendants approved the Rock House project and which show that Bureau of Land Management's ("BLM's") decision at issue here was not correct. The two items are: (1) an April 28, 2008 letter from the State of Utah to the BLM; and (2) excerpts of the National Environmental Policy Act ("NEPA") environment analysis referred to in the state's letter. Alternatively supplementation is appropriate because several of plaintiffs' causes of action arise under NEPA. Plaintiffs' Motion is

2

accompanied by a supporting Memorandum. A proposed order is attached as an exhibit hereto.

Plaintiffs request that this Court grant its motion and supplement the record with the April 28, 2008 State of Utah letter and referenced documents.

Counsel for SUWA have spoken with counsel for the federal defendants, Mr. John Most, and counsel for the defendant-intervenor, Ms. Kathleen Schroder, both of whom have indicated that they oppose this motion.

    /s/  Sharon Buccino
Sharon Buccino (DC Bar # 432073)
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC  20005
T:  202-289-6868
F:  202-289-1060
sbuccino@nrdc.org

Stephen H.M.  Bloch (admitted *pro hac vice*)
David Garbett
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT  84111
T:  801-486-3161
F: 801-486-4233
steve@suwa.org

*Counsel for Plaintiffs*

Dated:  May 12, 2008

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity As the Secretary of the United States Department of the Interior *et al.* <br><br> *et al.* <br><br> Defendants. | Civ. No. 08-0411 (EGS) <br><br> Defendants' and Defendant-Intervenor's Opposition and Cross Motion for Summary Judgment Due June 9, 2008 |
| ENDURING RESOURCES, LLC, <br><br> Defendant-Intervenor | |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**

Plaintiffs Southern Utah Wilderness Alliance *et al.* have filed a motion seeking supplementation of the record in the above captioned matter. The Court, having reviewed the record and having considered the pleadings and arguments of the parties, and being otherwise fully advised it is hereby:

**ORDERS** that plaintiff's motion to supplement the administrative record is **GRANTED**. The Court hereby **DECLARES** that:

The Court will consider the letter submitted by the state of Utah to the Bureau of Land Management's Price field office dated April 28, 2008 and the excerpts of the West Tavaputs

Natural Gas Field Development plan referred to therein as part of the record of this case.

                                                                  _____
EMMET G. SULLIVAN
United States District Judge

Dated: