IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>*et al.*<br><br>  Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior *et al.*<br><br>  Defendants. | Civ. No. 08-0411 (EGS)<br><br>Defendants' and<br>Defendant-Intervenor's<br>Opposition and<br>Cross Motion for<br>Summary Judgment<br>Due June 9, 2008 |
| ENDURING RESOURCES, LLC,<br><br>  Defendant-Intervenor |  |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), Plaintiffs Southern Utah Wilderness Alliance, Natural Resources Defense Council, and The Wilderness Society (collectively "SUWA") move for summary judgment in this case on the grounds that Defendants have acted arbitrarily and capriciously or otherwise not in accordance with law in violation of the Administrative Procedure Act (APA), 5 U.S.C. § 706, and have violated the National Environmental Policy Act (NEPA), 42 U.S.C. §§ 4321 *et seq.*, and the Federal Land Policy and Management Act (FLPMA), 43 U.S.C. §§ 1701 *et seq.* in approving the Rock House natural gas development and leasing project in the White

River region in northeastern Utah.  Plaintiffs' Motion is accompanied by a supporting Memorandum and a Statement Of Material Facts As To Which There Is No Genuine Issue.  A proposed order is also attached hereto.

Plaintiffs request that this Court grant summary judgment in their favor, issue a declaratory judgment that the Defendants' approval of the Rock House natural gas development and leasing project is unlawful, set aside Defendants' decision, and remand this matter to Defendants for further consideration consistent with the requirements of the NEPA and FLPMA.

    /s/  Sharon Buccino
Sharon Buccino (DC Bar # 432073)
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC  20005
T:  202-289-6868
F:  202-289-1060
sbuccino@nrdc.org

Stephen H.M.  Bloch (admitted *pro hac vice*)
David Garbett
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT  84111
T:  801-486-3161
F: 801-486-4233
steve@suwa.org

*Counsel for Plaintiffs*

Dated:  May 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, <u>et</u> <u>al.</u><br><br>   Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, in his official capacity <u>et</u> <u>al.</u><br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civ. No. 08-0411 (EGS) |
| ENDURING RESOURCES, LLC,<br><br>   Defendant-Intervenor | ) ) ) ) ) ) |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Southern Utah Wilderness Alliance <u>et</u> <u>al.</u> have filed a motion pursuant to Fed. R. Civ. P. 56 seeking summary judgment in their favor. The Court, having reviewed the record and having considered the pleadings and arguments of the parties, and being otherwise fully advised, hereby:

**ORDERS** that Plaintiffs' motion for summary judgment is **GRANTED**. The Court hereby **DECLARES** that:

**(1)** Defendants have violated the National Environmental Policy Act and the Federal Land Policy and Management Act and their implementing regulations.

It is further **ORDERED** that:

(**1**) The Enduring Resources' Saddletree Draw Leasing and Rock House Development Proposal Environmental Assessment and Decision Record and Finding of No Significant Impact is set aside until the federal defendants are in compliance with the National Environmental Policy Act and the Federal Land Policy and Management Act; and

(**2**) Defendants are directed to prohibit Enduring Resources, LLC and its contractors from engaging in any further on-the-ground disturbance on federal lands and mineral estate in the Rock House project area until the BLM has complied with the National Environmental Policy Act and the Federal Land Policy and Management Act; and

(**3**) Defendants are directed to ensure that Enduring Resources, LLC and its contractors remediate the surface disturbance improperly approved as provided for in the Joint Proposed Schedule and Parties' Stipulation as to Allowed Oil and Gas Activities dated March 14, 2008.

_____

EMMET G. SULLIVAN
United States District Judge

Dated: