IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity As the Secretary of the United States Department of the Interior *et al.* <br><br> Defendants. | Civ. No. 08-0411 (EGS) <br><br> Defendants' and Defendant-Intervenor's Opposition and Cross Motion for Summary Judgment Due June 9, 2008 |
| ENDURING RESOURCES, LLC, <br><br> Defendant-Intervenor | |

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Local Rule 7(h), plaintiffs Southern Utah Wilderness Alliance et al., (SUWA) submit this statement of material facts as to which they contend there is no genuine issue.

1.   On December 18, 2007, the Bureau of Land Management (BLM) issued its Decision Record and Finding of No Significant Impact (DR/FONSI) for Enduring Resources' (Enduring's) Saddletree Draw Leasing and Rock House Development

proposal and the accompanying environmental assessment ("EA" or "Rock House EA"). Administrative Record (AR) 11346.

    2.    The Rock House Project area includes a wide diversity of public lands, including steep canyons, shoreline along the White River, and high plateaus interspersed with pinyon and juniper forests.  See AR 10989, 11006, 11142.  Furthermore, BLM has stated that parts of the White River analyzed in the EA "is one of the quiet places, where solitude and a sense of adventure are still very much a part of the outdoor experience." AR 11462.

    3.    The Project area includes a hiking trail which leads from the Atchee Wash campsite along the White River to an overlook known as the "Goblin City Overlook." AR 10998.  Goblin City is "an area of spectacular and fanciful geologic forms."  AR 11465.  Visited by trappers in the early 1800s, members of the John Wesley Powell expedition also hiked from the Green River to view its formations in 1871.  AR 11465.

    4.    The Project area includes approximately 3,300 acres identified by BLM as being wilderness quality (i.e., containing the requisite elements for entry into the National Wilderness Preservation System).  AR 10961, 11008-09, 11150.

    5.    The Project area includes the proposed White River area of critical environmental concern (ACEC).  AR 10989.

    6.    The Project area includes portions of the White River that are proposed for a Wild and Scenic River eligibility determination.  AR 11008.

    7.    The entire Rock House Project area provides habitat for animals such as mule deer, pronghorn, elk, golden eagles, prairie falcons, desert cottontail, black-tailed

and white-tailed jackrabbit, coyote, gray fox, striped and spotted skunk, mountain lion, and bobcat.  AR 11006.

8.  The Project area is within the greater public land area governed by BLM's Book Cliffs Resource Management Plan (RMP).  AR 10956.

9.  Enduring and its contractor, Buys & Associates, Inc., prepared the Enduring Resources' Saddletree Draw Leasing and Rock House Development Proposal EA (Rock House EA).  AR 11114-15, 11794.  BLM reviewed and commented on the applicant prepared EA.  See AR 11114-15.

10.  The Project area encompasses approximately 4,826 acres, of which, roughly 70% are lands managed by the BLM.  AR 10953.  The Project would involve up to sixty natural gas wells from 24 well drilling pads (13 located on BLM managed lands), the construction of up to 8.4 miles of new road, and the construction of up to 8.9 miles of new surface pipeline.  AR 10961-65.

11.  The Rock House EA was prepared to evaluate the above described project, including the issuance of a suspended lease identified by the serial register number UTU-81737.  AR 10954-55.

12.  On June 22, 2007, BLM released a draft version of the Rock House EA for public comment and review.  AR 11072.

13.  The Southern Utah Wilderness Alliance, Natural Resources Defense Council, and The Wilderness Society (collectively referred to as "SUWA") submitted timely comments to BLM regarding the Rock House EA on July 19, 2007.  AR 2242.  SUWA's comments expressly incorporated the comments of Ms. Megan Williams, which Ms. Williams submitted on SUWA's behalf on July 23, 2007.  See AR 2253.

14. Prior to issuing its draft EA in June 2007, BLM had provided the public with two different versions of this document. AR 10953-55. The first version was released for public comment on May 9, 2005; the second version was released for public comment on October 20, 2006. Id. Neither of these earlier versions analyzed the issuance of suspended lease UTU-81737.

15. SUWA submitted timely comments on the prior versions of the Rock House EA made available for public comment, including the EA made available on October 20, 2006. See AR 1739-96.

16. As part of its comments on the October 20, 2006, EA, SUWA submitted comments prepared by two sound engineering firms – Spectrum Engineers (Mr. Richard Fullmer) and Kolano & Saha (Mr. Richard Kolano) – regarding natural quiet and project related noise impacts. AR 1746, 1788-92, 1794-96.

17. BLM stated that all public comments submitted regarding previous versions of the EA were taken into account in the preparation of the final Rock House EA. AR 11343.

18. Oil and gas activities such as those approved as part of the Rock House project produce emissions of nitrogen oxide ($NO_x$) and volatile organic compounds (VOCs). AR 11050. Ground level ozone forms through the chemical reaction of $NO_x$ and VOC emissions. AR 2266.

19. While normally associated with urban areas, ozone pollution is becoming a growing problem in the rural West as the number of oil and gas drilling rigs and compressors and the amount of diesel truck traffic dramatically increases. AR 2266, 11498.

20.     Plaintiffs repeatedly requested that BLM analyze ozone impacts. AR 2260, 11498. BLM refused to do so. AR 11095.

21.     The Rock House project will produce emissions of particular matter, including $PM_{2.5}$ and $PM_{10}$. AR 11048-52.

22.     Parts of the Rock House project area, including the White River area and the Goblin City Overlook, are highly valued for hiking, camping, rafting and other recreational uses. AR 11462, 11482.

23.     BLM is analyzing or has recently approved several oil and gas development projects near the Rock House Project area. These projects include: the Resource Development Group Uintah Basin Natural Gas Project, the Kerr-McGee Bonanza Area project, the Chapita Wells-Stagecoach Area Natural Gas Development, and the Greater Deadman Bench Oil and Gas Producing Region project. See AR 11055 .

24.     The Rock House EA fully analyzed four alternatives: (1) a no-action alternative (no oil and gas development on BLM lands and a cancellation of lease UTU-81737); (2) the proposed action alternative along with the issuance of UTU-81737; (3) an alternative similar to the proposed action alternative but canceling lease UTU-81737; and (4) an alternative with some surface development restrictions in which UTU-81737 would be issued. See AR 10961, 10969-70, 10973-74, 10978.

25.     BLM received 55,725 comment letters and e-mails regarding this project from the public, 55,484 of these letters opposed the Project and 231 supported it. AR 11072.

26.     On December 18, 2007, BLM issued a DR/FONSI approving the Rock House project. AR 11344.

27. On January 17, 2008, SUWA submitted a timely request for State Director Review (SDR) of the Rock House DR/FONSI and EA, asking that the decision of BLM's Vernal Field Office be set aside and remanded for full compliance with the National Environmental Policy Act and the Federal Land Policy and Management Act.  AR 11356.

28. The State Director denied SUWA's request on February 1, 2008, and affirmed the Rock House EA and DR/FONSI.  AR 11792-93.

        Respectfully submitted,

        /s/  Sharon Buccino
        Sharon Buccino (DC Bar # 432073)
        Natural Resources Defense Council
        1200 New York Ave., NW, Suite 400
        Washington, DC  20005
        T:  202-289-6868
        F:  202-289-1060
        sbuccino@nrdc.org

        Stephen H.M.  Bloch (admitted *pro hac vice*)
        David Garbett
        Southern Utah Wilderness Alliance
        425 East 100 South
        Salt Lake City, UT  84111
        T:  801-486-3161
        F: 801-486-4233
        steve@suwa.org

        *Counsel for Plaintiffs*

Dated:  May 12, 2008