CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SOUTHERN UTAH WILDERNESS )
 ALLIANCE, et al. )
 )
 )
         Plaintiff )
    v. )   Civil Case Number 08-0411 (LFO)
 )
 )
 )
DIRK A. KEMPTHORNE, Secretary, )   Category D
 U.S. Department of Interior )
         Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 20, 2008 from Judge Emmet G. Sullivan to Judge Louis Oberdorfer by direction of the Calendar Committee.

(Case transferred by consent.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Judge Sullivan & Courtroom Deputy
       Judge Oberdorfer & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk