UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, the BUREAU OF LAND MANAGEMENT, <br><br> Federal Defendants, <br><br> ENDURING RESOURCES, LLC, <br><br> Defendant-Intervenor | Case: 1:08-cv-00411 <br> Next Scheduled Court Deadline: <br> Defendants' Cross-Motion for <br>    Summary Judgment, <br> Due June 9, 2008 (June 13 proposed) <br> Judge Louis Oberdorfer |

UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Federal Defendants hereby request, on behalf of themselves and Defendant-Intervenors, that the current briefing schedule, as reflected in the Court's April 29, 2008 minute order, be amended to allow all Defendants four additional business days to file their cross-motions for summary judgment and briefs opposing Plaintiffs' motion for summary judgment (collectively "cross-motions"), and to allow Plaintiffs two additional business days to file their Opposition/Reply brief. Under the present schedule, Defendants' cross-motions are due June 9, 2008, and Plaintiffs' Opposition/Reply brief is due June 30. The new proposed dates are:

    Defendants' cross-motions        June 13, 2008

    Plaintiffs' Opposition/Reply brief    July 2, 2008

Federal Defendants request the additional four days in part because they were unexpectedly required to file papers last week opposing Plaintiffs' motion to supplement the record, which consumed a considerable amount of Defendants' limited time, under the current schedule, in which to prepare its opposition to Plaintiffs' summary judgment motion. Federal Defendants are not requesting an adjustment to the July 31, 2008 deadline for filing of Defendants' final reply briefs. Undersigned counsel has conferred with counsel for both Plaintiffs and Defendant-Intervenors, who indicate that they do not oppose this motion. No previous adjustment of the briefing schedule has been requested by Defendants.

For the reasons stated above, Federal Defendants respectfully request that the Court enter an order resetting the two deadlines noted above, and reflected in the attached proposed order.

May 29, 2008                                    Respectfully submitted,

                                                RONALD J. TENPAS
                                                Assistant Attorney General

                                                     /S/ John S. Most
                                                JOHN S. MOST (Virginia Bar #27176)
                                                Trial Attorney, Natural Resources Section
                                                Environment & Natural Resources Division
                                                United States Department of Justice
                                                P.O. Box 663
                                                Washington, D.C. 20044
                                                (202) 616-3353, (202) 305-0274 (fax)
                                                email john.most@usdoj.gov

                                                Counsel for Defendants

OF COUNSEL
JOHN W. STEIGER
Office of the Solicitor
Department of the Interior
Suite 6201 - Federal Building
125 S. State Street
Salt Lake City, Utah  84138
(801) 524-5677, (801) 524-4506 (fax)

**Certificate of Service**

      I hereby certify that on May 29, 2008, a copy of the foregoing was served on counsel of record noted below by filing it electronically using the Court's ECF system.

*Counsel for Plaintiffs:*

Sharon Buccino (D.C. Bar # 432073)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Avenue, N.W.
Suite 400
Washington, D. C.  20005
289-6868

Stephen H.M. Bloch (UT Bar #7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
(801) 486-3161

*Counsel for Defendant-Intervenor:*

Jonathan L. Abram
jlabram@hhlaw.com
Kirsten Friedel Roddy
kfroody@hhlaw.com
HOGAN AND HARTSON LLP
555 13th Street, N.W.
Washington, d. C.  20004-1109
Tel: (202) 637-5600

Rebecca W. Watson
rwwatson@hhlaw.com
HOGAN AND HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: (303) 899-7300

Laura Lindley
llindley@bjorklindley.com
Kathleen C. Schroder
kschroder@bjorklindley.com
BJORK LINDLEY LITTLE PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 892-1400

          /S/ John S. Most
          JOHN S. MOST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.* <br><br> Federal Defendants, <br><br> ENDURING RESOURCES, LLC, <br><br> Defendant-Intervenor | ) ) ) ) ) ) ) ) Case: 1:08-cv-00411 ) ) ) ) ) ) ) ) ) ) |

[Proposed] ORDER

    Before the Court is Federal Defendants' May 29, 2008 *Unopposed Motion to Amend Scheduling Order*, requesting four additional business days for Defendants' filing of their cross-motions for summary judgment and briefs opposing Plaintiffs' motion for summary judgment (collectively "cross-motions"), and two additional business days for Plaintiffs' filing of their Opposition/Reply brief.  Upon consideration of this request and the record in this case, it is hereby ORDERED that the request is GRANTED.  Defendants shall file their cross-motions by June 13, 2008, and Plaintiffs shall file their Opposition/Reply brief by July 2, 2008.   IT IS SO ORDERED.

    DATED this _____ day of _____, 2008.

                                             _____
                                                  U. S. DISTRICT JUDGE