**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, )<br>NATURAL RESOURCES DEFENSE COUNCIL, )<br>THE WILDERNESS SOCIETY, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>DIRK KEMPTHORNE, in his official )<br>capacity as the Secretary of the United States )<br>Department of the Interior, )<br>THE UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, THE BUREAU OF )<br>LAND MANAGEMENT, )<br>)<br>    Defendants. )<br>_____)<br>)<br>ENDURING RESOURCES, LLC, )<br>475 Seventeenth Street, Suite 1500 )<br>Denver, CO 80202 )<br>)<br>    Defendant-Intervenor. )<br>_____) | CASE NO. 1:08-cv-00411-LFO<br>Defendants' and<br>Defendant-Intervenor's<br>Opposition and Cross Motion<br>for Summary Judgment<br>Due June 13, 2008 |

**ENDURING RESOURCES, LLC'S REPLY IN SUPPORT OF ITS**
**MOTION IN THE ALTERNATIVE TO SUPPLEMENT THE RECORD**

Enduring Resources, LLC ("Enduring") respectfully submits this reply memorandum in support of its motion in the alternative to supplement the administrative record with the May 13, 2008, decision of the Bureau of Land Management's (BLM) Utah State Director. In their response to that motion, Plaintiffs expressly state that they do not oppose Enduring's motion in the alternative to supplement the administrative record. Therefore, if this Court grants Plaintiffs' motion to supplement the record, it should also permit Enduring to supplement the record with

the Utah State Director's decision on the GDBR Project,[1] which confirms the BLM appropriately relied on background concentrations of air pollutants provided by the State of Utah in the November 30, 2005, email from Dave Prey to Jon Torizzo for the analysis in the Saddletree Draw Leasing and Rock House Development Environmental Assessment, UT-080-07-671 ("Rock House EA").

Although they do not oppose inclusion of the 2005 email in the record, Plaintiffs use their non-opposition memorandum to argue its significance. Seizing on an innocuous statement by Enduring in its response to Plaintiffs' motion to supplement the record, Plaintiffs erroneously assert that the 2005 email "was never intended for the Rock House Project." Plaintiffs' Response to Enduring Resources, LLC's Motion in the Alternative to Supplement the Record, at 2. Plaintiffs' interpretation is not supported by the language of the email. Enduring Memo. Ex. A. The 2005 email provides background concentrations of air pollutants in the Uinta Basin, where the Rock House Project is located. *Id.*; *see* AR 11054. Although the email was sent in relation to another project in the Uinta Basin, the email in no way limits the use of the background concentrations provided therein to one project. Plaintiffs suggest that background concentrations vary among projects, but that is inconsistent with the purpose of defining existing levels of pollutants throughout a region. Thus, there was absolutely nothing improper about BLM's reliance on background concentrations of air pollutants in the Uinta Basin in the Rock House EA. The Utah State Director's decision on the GDBR Project confirms that the BLM appropriately relied on the 2005 email, noting that both the State of Utah and the United States Environmental Protection Agency submitted comments on the GDBR Project Environmental Impact Statement (EIS) but neither questioned the air quality background concentrations used in the EIS. Because the decision of the Utah State Director on the GDBR Project reinforces that the

---

[1]     The reference is to the Questar Exploration and Production Company Greater Deadman Bench Oil and Gas Producing Region Project.

BLM acted within its discretion by including the background concentrations set forth in the 2005 email in the Rock House EA, this document should be included in the administrative record.

Dated: June 9, 2008

                      Respectfully submitted,

                      _____/s/ Kirsten Friedel Roddy_____
                      Kirsten Friedel Roddy (DC Bar # 467805)
                      Jonathan L. Abram (DC Bar # 389896)
                      Rebecca W. Watson (admitted *pro hac vice*)
                      Hogan & Hartson LLP
                      555 Thirteenth Street, N.W.
                      Washington, DC 20004
                      (202) 637-5681
                      (202) 637-5910 (facsimile)

                      Laura Lindley (admitted *pro hac vice*)
                      Kathleen C. Schroder (admitted *pro hac vice*)
                      Bjork Lindley Little PC
                      1600 Stout Street, Suite 1400
                      Denver, CO 80202
                      (303) 892-1400
                      (303) 892-1401 (facsimile)

                      *Counsel for Enduring Resources, LLC*

**CERTIFICATE OF SERVICE**

     I, an attorney, hereby certify that on June 9, 2008, I filed the foregoing via the Electronic Case Filing System (ECF).  As a result, a true and correct copy of the foregoing was served on all counsel of record authorized to receive Notices of Electronic Filing generated by CM/ECF.

     /s/ Kirsten Friedel Roddy