UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, THE WILDERNESS SOCIETY, <br><br>           Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, the BUREAU OF LAND MANAGEMENT, <br><br>           Federal Defendants, <br><br> ENDURING RESOURCES, LLC, <br><br>           Defendant-Intervenor. | Case: 1:08-cv-00411 <br> Next Scheduled Court Deadline: <br> Plaintiffs' Opposition/Reply brief on Cross-Motions for Summary Judgment, <br> Due July 2, 2008 <br> Judge Louis Oberdorfer |

NOTICE REGARDING SECOND SUPPLEMENT TO THE ADMINISTRATIVE RECORD

The administrative record in this case is herewith supplemented for a second time with an additional compact disc ("CD"), containing three documents in a single PDF file. This CD, along with the four CDs previously lodged with the Court on April 11 and 15, 2008, will be maintained in the case file in the Clerk's Office. The CD lodged with the Court today contains the following:

(1) a color version, at Plaintiffs' request, of Appendix A to the July 2005 Air Quality Report by Trinity and Nichols (the previously lodged version, appearing at AR 3950 to 4062, is black and white);

(2) page 2 of exhibit 18 to the request of the Southern Utah Wilderness Alliance for State Director Review (Bureau of Land Management, Utah State Office), in the administrative

proceedings challenged in this case, which was inadvertently omitted from the version of exhibit 18 previously submitted, and appearing at AR 11493 to 11500); and

(3) a November 30, 2005 email from Dave Prey of the Utah Division of Air Quality to Jon Torizzo of Buys and Associates regarding air quality in Uintah County, Utah, which also was inadvertently omitted from the record previously submitted.

The CDs containing the administrative record, and the two supplements, will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. For any extended viewing or searching, it is recommended that the data on these CDs be copied onto a computer hard drive, rather than reading the data directly from a computer's CD-ROM drive. Copies of this CD supplement are being provided to counsel for Plaintiffs and for Defendant-Intervenor. Also filed herewith is a revised index to the administrative record reflecting the additions to the record made today.

June 17, 2008                                         Respectfully submitted,

                                                      RONALD J. TENPAS
                                                      Assistant Attorney General

                                                          /S/ John S. Most
                                                      JOHN S. MOST (Virginia Bar #27176)
                                                      Trial Attorney, Natural Resources Section
                                                      Environment & Natural Resources Division
                                                      United States Department of Justice
                                                      P.O. Box 663
                                                      Washington, D.C. 20044
                                                      (202) 616-3353, (202) 305-0274 (fax)
                                                      email john.most@usdoj.gov

                                                      Counsel for Defendants

OF COUNSEL
JOHN W. STEIGER
Office of the Solicitor
Department of the Interior

Suite 6201 - Federal Building
125 S. State Street
Salt Lake City, Utah  84138
(801) 524-5677, (801) 524-4506 (fax)

**Certificate of Service**

       I hereby certify that on June 17, 2008, a copy of the foregoing was served on counsel of record noted below by filing it electronically using the Court's ECF system. In addition, copies of the CD were also transmitted, by FedEx delivery service, to counsel noted below.

*Counsel for Plaintiffs:*

Sharon Buccino (D.C. Bar # 432073)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Avenue, N.W.
Suite 400
Washington, D. C. 20005
289-6868

Stephen H.M. Bloch (UT Bar #7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
(801) 486-3161

*Counsel for Defendant-Intervenor:*

Jonathan L. Abram
jlabram@hhlaw.com
Kirsten Friedel Roddy
kfroody@hhlaw.com
HOGAN AND HARTSON LLP
555 13th Street, N.W.
Washington, d. C. 20004-1109
Tel: (202) 637-5600

Rebecca W. Watson
rwwatson@hhlaw.com
HOGAN AND HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: (303) 899-7300

Laura Lindley
llindley@bjorklindley.com
Kathleen C. Schroder
kschroder@bjorklindley.com
BJORK LINDLEY LITTLE PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 892-1400

                                                        /S/ John S. Most
                                                        JOHN S. MOST

Revised
6/17/08

**Southern Utah Wilderness Alliance, et al., v. Dirk Kempthorne, et al., Civ. Action No. 08-411 (EGS) (D.D.C.)**

# ADMINISTRATIVE RECORD

| CD# (Box#) | Page # | Date | Document |
|---|---|---|---|
| 1(1) | 1-8 | 11/9/2007 | Email: Bill Stringer, Craig Nicholls, etc.: Requesting review of draft air quality impact responses. |
| 1(1) | 9-14 | 12/7/2007 | Email: Craig Nicholls, Bill Stringer, etc.: Nicholls' review of air quality impact responses. |
| 1(1) | 15-136 | 5/17/2006 | Email: Stephanie Howard, Kirby Carroll: Transmitting comments of Amy Torres and Beckee Megown (USFWS). |
| 1(1) | 137 | 11/16/2005 | Email: Alex Campbell, Stephanie Howard: Blasting buffer zone. |
| 1(1) | 138 | 11/17/2005 | Email: Blaine Phillips, Stephanie Howard: Blasting buffer zone. |
| 1(1) | 139-141 | 9/5/2007 | Email: Stephanie Howard, Kirby Carroll: Book Cliffs Resource Management Plan stipulations. |
| 1(1) | 142 | 6/28/2005 | Email: Stephanie Howard, Bill Stringer: Houston and County Road Environmental Assessment. |
| 1(1) | 143-144 | 8/1/2005 | Letter to Bill Ryan: BLM (William Stringer) request for directional drilling information. |
| 1(1) | 145-150 | 8/7/2007 | Memorandum to Alex Campbell: Enduring (Paul Brandt) response to Kreckel comments. |
| 1(1) | 151-158 | 9/7/2007 | Email: Jim Ashley, Stephanie Howard: BLM review of memorandum to Alex Campbell: Enduring response to Kreckel. |
| 1(1) | 159-160 | 1/31/2008 | Memorandum to Jerry Kenczka, Jim Ashley response to Kreckel comments in Ex. 12 (SUWA request for State Director Review). |
| 1(1) | 161-207 | 4/30/07 | Email: Stephanie Howard, Kirby Carroll: Transmitting comments of George Diwachak re: Draft Environmental Assessment. |
| 1(1) | 208 | 8/25/2006 | Email: Kent Hoffman, Stephanie Howard, etc.: Adequacy of wilderness characteristics analysis. |
| 1(1) | 209-212 | 12/6/2007 | Email: Dawn Martin, Stephanie Howard, etc.: Gas lines in the floodplain. |
| 1(1) | 213-215 | 6/4/2007 | Email: Mark Wimmer, Kirby Carroll, etc.: Olsen Allotment grazing information. |
| 1(1) | 216-217 | 6/7/2005 | Email: Jim Christensen, Bill Stringer, etc.: Referencing SWCA in document. |
| 1(1) | 218 | 10/24/2005 | Email: Stephanie Howard, Dixie Sadler, etc.: Issues requiring attention. |
| 1(1) | 219-330 | no date | Internal Draft EA: BLM mark-up. |
| 1(1) | 331-336 | no date | BLM Interdisciplinary Team checklist. |
| 1(1) | 337-456 | no date | Internal Draft EA: BLM mark-up. |
| 1(1) | 457-598 | no date | Internal Draft EA: BLM mark-up. |
| 1(1) | 599-752 | no date | Internal Draft EA: BLM mark-up. |
| 1(1) | 753-908 | no date | Internal Draft EA: BLM mark-up. |
| 1(1) | 909-956 | 9/20/2007 | Email: Stephanie Howard, Bill Stringer, etc.: Request for review of draft responses to comments. |
| 1(1) | 957-958 | no date | Recommended additions to draft Rock House Environmental Assessment. |
| 1(1) | 959-960 | no date | Tracking list for changes recommended by Solicitor's Office to draft Environmental Assessment. |
| 1(1) | 961-967 | no date | Draft responses to Megan Williams' comments: BLM mark-up. |
| 1(1) | 968 | 8/8/2007 | Email: Stephanie Howard, Kirby Carroll: Noise responses for Rock House. |

Revised
6/17/08

| | | | |
|---|---|---|---|
| 1(1) | 969 | 9/22/2004 | Email: Stan Olmstead, Howard Cleavinger, etc.: Houston wells new American Gilsonite operations. |
| 1(1) | 970 | 11/10/2005 | Email: Melissa Hawk, Stephanie Howard: The Rock House (trip report). |
| 1(1) | 971 | 4/19/2006 | Email: Stephanie Howard, John Mayers: Rock House Envrinmental Assessment (paleontology issues). |
| 1(1) | 972-973 | 10/26/2005 | Email: Stephanie Howard, Alex Campbell, etc.: Summary of telephone call. |
| 1(1) | 974-975 | 11/15/2005 | Email: Melissa Hawk, Alex Campbell, etc.: Meeting notes. |
| 1(1) | 976-984 | no date | Internal draft Environmental Assessment Chapter 2 mark-up. |
| 1(1) | 985 | 3/29/2006 | Email: Alex Campbell, Kirby Carroll: BLM assumptions re: Drilling duratoin, etc. |
| 1(1) | 986 | 5/12/2006 | Email: Marion Fischel, Kirby Carroll: 41-33 well location. |
| 1(1) | 987 | 8/24/2006 | Email: Stephanie Howard, Kirby Carroll: Purpose and need write-up. |
| 1(1) | 988 | 2/12/2007 | Email: Alex Campbell, Dawn Martin: Project area boundary. |
| 1(1) | 989 | 2/13/2007 | Email: Alex Campbell, Dawn Martin: Project area boundary. |
| 1(1) | 990-995 | 6/13/2007 | Email: Alex Campbell, Kirby Carroll, Stephanie Howard: No action alternative discussions. |
| 1(1) | 996-1001 | 12/7/2007 | Email: Stephanie Howard, Kirby Carroll: Comments on draft FONSI language; transmitting draft Solicitor's Office comments. |
| 1(1) | 1002-1003 | 10/14/2005 | Maps: Section 30, 31, & 36. |
| 1(1) | 1004-1012 | no date | Well information chart. |
| 1(1) | 1013 | 8/11/2008 | Email: Kirby Carroll, Stephanie Howard: 41-33 well location. |
| 1(1) | 1014 | 2/16/2006 | Email: Stan Olmstead, Stephanie Howard: Riparian and wetland resources. |
| 1(1) | 1015-1016 | 1/3/2006 | Email: Don Hartley, Blaine Phillips, etc.: Rock House (recommendations for stabilization). |
| 1(1) | 1017 | 1/4/2006 | Email: Garth Portillo, Blaine Phillips, etc.: Historical rock cabin. |
| 1(1) | 1018-1020 | 2/23/2006 | Email: Melissa Hawk, Dawn Martin, etc.: Historical rock cabin. |
| 1(1) | 1021-1024 | 2/27/2006 | Email: Dawn Martin, Kirby Carroll, etc.: Historical rock cabin. |
| 1(1) | 1025-1027 | 2/27/2006 | Email: Alex Campbell, Dawn Martin, etc.: Historical rock cabin. |
| 1(1) | 1028-1049 | 11/20/2007 | Email: Kent Hoffman, John Steiger, etc.: Request for Solicitor's Office (SOL) review of draft DR/FONSI. |
| 1(1) | 1050-1053 | 12/18/2007 | Email: Stephanie Howard, John Steiger, etc.: Request for SOL review of EA and FONSI wilderness characteristics language. |
| 1(1) | 1054-1059 | 2/1/2007 | Emails: Stephanie Howard, Kirby Carroll, Kent Hoffman, etc: Impacts from lease suspension decision. |
| 1(1) | 1060 | 12/7/2007 | Email: Stephanie Howard, Kirby Carroll: Draft Environmental Assessment section 6.2.1 wording. |
| 1(1) | 1061-1062 | 6/24/2005 | Emails: Dixie Sadlier, Shauna Derbyshire: Water depletion. |
| 1(1) | 1063-1064 | 8/9/2005 | Letter to Lloyd Bruce: BLM (William Stringer) request for water source information from applicant. |
| 1(1) | 1065-1066 | 9/8/2005 | Letter to Stephanie Howard: Houston (Ginger Stringham) list of water permits. |
| 1(1) | 1067 | 6/13/2007 | Email: Stephanie Howard, Kirby Carroll: Language re: wilderness characteristics. |
| 1(1) | 1068-1069 | 6/6/2007 | Email: Stephanie Howard, Kirby Carroll: Wilderness characteristics appendix. |
| 1(1) | 1070 | no date | Letter to Shauna Derbyshire: Houston (Ginger Stringham) request to analyze wells. |
| 1(1) | 1071-1086 | 6/7/2005 | Letter to Howard Cleavinger: Houston (Lloyd Bruce) comments on Environmental Assessment UT-080-04-252. |
| 1(1) | 1087 | 11/16/2005 | Email: Alex Campbell, Stephanie Howard: Blasting plan discussion. |
| 1(1) | 1088-1124 | 11/17/2005 | Email: Stephanie Howard, Alex Campbell: Houston EA (3:21pm). |
| 1(1) | 1125-1126 | no date | Letter to William Stringer: Enduring (Frank Hutto) proposed water distribution plan. |
| 1(1) | 1127-1142 | 11/17/2005 | Email: Stephanie Howard, Alex Campbell: Houston EA (3:25pm). |

Revised
6/17/08

| | | | |
|---|---|---|---|
| 1(1) | 1143-1156 | 11/25/2005 | Letter to William Stringer: Enduring (Frank Hutto) proposed water distribution plan. |
| 1(1) | 1157-1164 | 11/6/2006 | Letter to Stephanie Howard: Enduring (Alex Campbell) comments on EA UT-080-05-309. |
| 1(1) | 1165-1167 | 11/20/2006 | Letter to Stephanie Howard: Utah State (John Harja) comments re: Rock House proposal. |
| 1(1) | 1168 | 11/20/2006 | Memorandum to Stephanie Howard: Utah State Engineer (Daren Rasmussen) comments re: EA UT-080-05-309. |
| 1(1) | 1169 | 7/18/2007 | Letter to Stephanie Howard: Utah State (John Harja) comments re: Rock House proposal. |
| 1(1) | 1170-1179 | 6/6/2005 | Letter to William Stringer: Uintah County (Jim Abegglen, etc.) comments re: Rock House proposal. |
| 1(1) | 1180-1182 | 7/27/2007 | Email: Stephanie Howard, Diane Coltharp: Forwarding Dave Allison (Uintah County) comments re: EA UT-080-07-671. |
| 1(1) | 1183 | 1/27/2005 | Letter to William Stringer: SUWA (Laurel Hagen) comments re: Environmental Assessment for Houston drilling project. |
| 1(1) | 1184-1193 | 6/7/2005 | Letter to William Stringer: SUWA (Stephen Bloch) comments re: EA UT-080-04-252. |
| 1(1) | 1194-1196 | 6/13/2005 | Letter to William Stringer: SUWA (Stephen Bloch) comments re: EA UT-080-04-252. |
| 1(1) | 1197-1259 | 11/20/2006 | Letter to Stephanie Howard: SUWA (Stephen Bloch) comments re: EA UT-080-05-309. |
| 1(1) | 1260 | 11/21/2006 | Letter to Stephanie Howard: SUWA (Stephen Bloch) comments re: EA UT-080-05-309; forwarding Richard Kolano resume. |
| 1(1) | 1261-1263 | 12/8/2006 | Fax: Letter (12/7/06) to Stephen Bloch from Spectrum Engineers (Richard Fullmer). |
| 1(1) | 1264-1267 | 2/1/2007 | Letter to Stephanie Howard: SUWA (Stephen Bloch) supplemental comments re: EA UT-080-05-309; transmitting 12/7/06 Spectrum Engineers comments. |
| 1(1) | 1268-1271 | 7/12/2007 | Email: SUWA alert "Gas Wells Threaten White River Wilderness." |
| 1(1) | 1272-1289 | 7/19/2007 | Letter to Stephanie Howard: SUWA (David Garbett) comments re: EA UT-080-07-671. Exhibits omitted (elsewhere in record). |
| 1(1) | 1290-1292 | 1/23/2007 | Letter to Stephanie Howard: Dave Allison comments re EA UT-080-07-671.  Inadvertent duplicate to 1180-1182. |
| 1(1) | 1293-1304 | 7/23/2007 | Letter to BLM (attn. Stephanie Howard): Megan Williams comments re EA UT-080-07-671. |
| 1(1) | 1305-1320 | no date | Ken Kreckel comments re: EA UT-080-07-671. |
| 1(1) | 1321-1333 | 7/19/2007 | Email: Megan Williams comments re: EA UT-080-07-671. |
| 1(1) | 1334-1349 | No date | Ken Kreckel comments re: EA UT-080-07-671.   Inadvertent duplicate to 1305-1320. |
| 1(1) | 1350-1351 | 7/27/2007 | Emails: David Garbett, Denise Ohler: SUWA follow-up to comments. |
| 1(1) | 1352 | 12/21/2007 | Email: Steve Bloch, Stephanie Howard: Inquiry re: 3rd party contractor. |
| 1(1) | 1353-1373 | 12/21/2007 | Email: Stephanie Howard, Steve Bloch: Response to air quality data request.  Attachment "Rock House Emissions Inventory.xls" incomplete; complete version at CD 2, Box 4a, 11937-11985. |
| 1(1) | 1374-1375 | 1/3/2008 | Emails: Stephanie Howard, Steve Bloch: Response to air quality data request.  Attachments ("RockConstruction" data files) omitted; see "RockContruction" data files at CD 2, Box 3, 9998-10782. |
| 1(1) | 1376-1384 | 1/8/2008 | Emails: Stephanie Howard, Steve Bloch: Enduring (Paul Brandt) response to Kreckel. |
| 1(1) | 1384-1385 | 1/9/2008 | Emails: Stephanie Howard, Steve Bloch: Missing date in Rock House Final Environmental Assessment. |
| 1(1) | 1386-1388 | 1/10/2008 | Emails: Jerry Kenczka, Stephanie Howard, Steve Bloch: Surface disturbing actions. |
| 1(1) | 1389-1390 | 1/11/2008 | Emails: Stephanie Howard, Kirby Carroll: Megan Williams request to Buys & Associates for air quality data. |
| 1(1) | 1391-1392 | 1/11/2008 | Emails: Stephanie Howard, Steve Bloch: Response re: ground disturbance inquiry. |
| 1(1) | 1393-1394 | 1/15/2008 | Emails: Stephanie Howard, Megan Williams: Response to air quality data request. |
| 1(1) | 1395-1396 | 1/15/2008 | Emails: Bill Stringer, Stephanie Howard, etc.: Response to air quality data request. |
| 1(1) | 1397-1399 | 1/15/2008 | Email: Doug Hederer, Megan Williams, etc.: Request for air quality impacts information. |
| 1(1) | 1400-1401 | 1/16/2008 | Email: Stephanie Howard, Kirby Carroll, etc: Response to air quality data request. |

Revised
6/17/08

| | | | |
|---|---|---|---|
| 1(1) | 1402-1405 | 1/16/2008 | Email: Don Douglas, Megan Williams, etc.: Response to air quality data request. |
| 1(1) | 1406-1407 | 5/9/2005 | Letter to Jim Dykmann (Utah Division of State History): BLM (William Stringer) request for review/consultation. |
| 1(1) | 1408-1409 | 5/2/2007 | Letter to Matthew Seddon (Utah Division of State History): BLM (William Stringer) request for review/consultation. |
| 4 | B1 | 5/29/2007 | Letter to William Stringer: SHPO (Matthew Seddon) response to initiation of Section 106 consultation. |
| 1(1) | 1410-1412 | 5/9/2005 | Form letter: BLM request (by William Stringer) for tribal consultation). |
| 1(1) | 1413 | 5/18/2005 | Letter to William Stringer: Goshute Tribe response. |
| 1(1) | 1414 | 6/21/2005 | Letter to William Stringer: Santa Clara Pueblo response. |
| 1(1) | 1415 | 5/14/2007 | Letter to William Stringer: Pueblo of Laguna response. |
| 1(1) | 1416 | 5/29/2007 | Letter to William Stringer: Hopi Tribe response. |
| 1(1) | 1417 | 8/13/2007 | Letter to William Stringer: Hopi Tribe request for additional information. |
| 1(1) | 1418-1419 | 9/10/2007 | Letter to Hopi Tribe: BLM (Jerry Kencska) response to Hopi Tribe request. |
| 1(1) | 1420 | 9/24/2007 | Letter to William Stringer: Hopi Tribe response to BLM response to request. |
| 1(1) | 1421-1428 | 2007 | Certified & Return Receipts for 2007 Tribal consultation. |
| 1(1) | 1429-1433 | 6/7/2005 | Memorandum to Field Manager, BLM: USFWS (Utah Field Supervisor) comments to EA UT-080-04-252. |
| 1(1) | 1434-1435 | 5/3/2006 | Memorandum to Utah Field Supervisor, USFWS: BLM (Field Manager) initiation of consultation re: change of water diversions. |
| 1(1) | 1436-1438 | 11/15/2006 | Memorandum to BLM: USFWS (for Utah Field Supervisor) comments to EA UT-080-05-309. |
| 1(1) | 1439-1445 | no date | Comment of Bekee Megown (USFWS) to draft EA. |
| 1(1) | 1446 | 7/27/2007 | Email: Bekee Megown (USFWS), Stephanie Howard: Comments re: EA UT-080-07-671. |
| 1(1) | 1447-1451 | 11/5/2007 | Memorandum to Utah Field Supervisor, USFWS: BLM (Field Manager) request for concurrence re: EA UT-080-07-671. |
| 1(1) | 1452 | 11/20/2006 | Memorandum to Stephanie Howard: Utah State Engineer (Daren Rasmussen) comments re: EA UT-080-05-309. Inadvertent duplicate to 1168. |
| 1(1) | 1453-1457 | 11/5/2007 | Memorandum to Utah Field Supervisor, USFWS: BLM (Field Manager) request for concurrence re: EA UT-080-07-671. Inadvertent duplicate to 1447-1451. |
| 1(1) | 1458-1475 | 11/30/2007 | Memorandum to Field Manager, BLM: USFWS (Utah Field Supervisor) concurrence re EA UT-080-07-671. |
| 1(1) | 1476 | 10/17/2006 | Email: Karen Bloom, Adrienne Babbitt, etc.: Submitting draft news release for approval. Attachment omitted. |
| 1(1) | 1477-1479 | 10/20/2006 | BLM news release. |
| 1(1) | 1480-1481 | 6/14/2007 | BLM news release. |
| 1(1) | 1482 | 12/18/2007 | BLM news release. |
| 1(1) | 1483-1491 | 5/9/2005 | Letters to Reader: Forwarding EA UT-080-04-252 for public comment; mailing list. |
| 1(1) | 1492-1497 | 10/20/2006 | Letter to Public Land User: Forwarding EA for public comment. |
| 1(1) | 1498-1501 | 6/29/2007 | Letter to Public Land User: Announcing availability of EA UT-080-07-671 for public comment. |
| 1(1) | 1502-1503 | no date | Environmental notification bulletin board posting for EA UT-080-07-671. |
| 1(1) | 1504-1507 | 12/11/2006 | Deseret News article, "33,000 criticize gas-well project." |
| 1(1) | 1508-1516 | 2005 | Contact list and certified and return receipts. |
| 1(1) | 1517 | 12/19/2007 | Email: Stephanie Howard, Bekee Megown (USFWS), SUWA, etc.: Announcing Final EA UT-080-07-671 and decision record available for review. |

Revised
6/17/08

| | | | |
|---|---|---|---|
| 1(1) | 1518 | 12/19/2007 | Email: Stephanie Howard, ARoberts: Forwarding email at 1517. |
| 1(1) | 1519-1525 | 6/29/2007 | EA UT-080-07-671 Communication and Outreach Plan. |
| 1(1) | 1526-1552 | 2004 | Public comments to drilling proposals in vicinity of project area. |
| 1(1) | 1553 | 8/18/2005 | Cultural program site survey report re: 11 wells, pipelines, and access roads proposed by Enduring. |
| 1(1) | 1554-1642 | 2005 | Public comments, primarily to EA UT-080-04-252. |
| 1(1) | 1643-1818 | 2006 | Public comments, primarily to EA UT-080-05-309. |
| 1(1) | 1819-2175 | 2007 | Public comments to EA UT-080-07-671 supporting project; deemed by BLM to be non-substantive. |
| 1(1) | 2176-2197 | 2007 | Public comments to EA UT-080-07-671 opposing project (some electronic); deemed by BLM to be non-substantive. |
| 1(1) | 2198-2299 | 2007 | Public comments to EA UT-080-07-671; considered by BLM to be substantive. |
| 2(4a) | 12042-26171 | 2007 | Public comments received electronically to EA UT-080-07-671; deemed by BLM to be non-substantive. |
| 2(4b) | 26172-34612 | 2007 | Public comments received electronically to EA UT-080-07-671; deemed by BLM to be non substantive. |
| 2(4b) | 34613-34887 | 2007 | Public comments to EA UT-080-07-671; received after the public comment period closed. |
| 1(1) | 2300-2395 | 2/24/2006 | AET Environmental and Buys & Associates, Inc. Programmatic Biological Assessment of the Colorado Pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), Bonytail (*Gila elegans*), and Razorback sucker (*Xyrauchen texanus*), on Utah BLM Lands. |
| 1(1) | 2396 | 1991 | Andrews, E.A. Sediment Transport in the Colorado River Basin. in Colorado River Ecology and Dam Management: Proceedings of a Symposium, May 24-25,2000 Santa Fe, NM. pp. 54-75, National Academy Press, Washington, DC. (Abstract only). |
| 1(1) | 2397-2398 | 8/-/2007 | Bestgen, K.R., J. A. Hawkins, G. C. White, K. Chrisopherson, M. Hudson, M. H. Fuller, D. C. Kitcheyan, R. Brunson, P. Badame, G. B. Haines, J. Jackson, C. D. Walford, T. A. Sorensen, and T. B. Williams. Population Status of Colorado Pikeminnow in the Green River Basin, Utah and Colorado. (Abstract only). |
| 1(1) | 2399-2407 | 1977 | Braun, C.E., T. Britt, and R.O. Wallestad. Guidelines for Maintenance of Sage-Grouse Habitats. Wildlife Society Bulletin 5:99-106. |
| 1(1) | 2408-2412 | 1986 | Braun, C. E. Changes in Sage Grouse Lek *C*ounts with Advent of Surface Coal Mining. Proceedings of Issues and Technology in the Management of Impacted Western Wildlife. Thorn Ecological Institute 2:227-231. |
| 1(1) | 2413-2785 | 12/7/1984 | Bureau of Land Management. Final Book Cliffs Resource Management Plan Environmental Impact Statement. |
| 1(1) | 2786-2884 | 5/-/1985 | Bureau of Land Management. Record of Decision and Rangeland Program Summary for the Book Cliffs Resource Management Plan. |
| 1(1) | 2885-2907 | 10/-/1991 | Bureau of Land Management. Utah Statewide Wilderness Study Report. |
| 1(1) | 2908-3065 | 1994 | Bureau of Land Management. Diamond Mountain Resource Area Resource Management Plan and Record of Decision. |
| 1(1) | 3066-3089 | 1999 | Bureau of Land Management. Utah Wilderness Inventory. http://www.ut.blm.gov/utawilderness/background.htm. (Select pages). |
| 1(1) | 3090-3144 | 10/-/2001 | Bureau of Land Management. Vernal Field Office Revisions to the 1999 Utah Wilderness Inventory. http://www.ut.blm.gov/utawilderness/background.htm. |
| 1(1) | 3145-3179 | 4/-/2000 | Bureau of Land Management. Rock House #11-31 Well Environmental Assessment, Uintah County, Utah. EA UT-080-99-69. |
| 3(5) | A1-A1228 | 1/-/2005 | Bureau of Land Management. Draft Vernal Resource Management Plan and Environmental Impact Statement. |

Revised
6/17/08

| | | | |
|---|---|---|---|
| 1(2) | 3180 | no date | Bureau of Land Management. Bald eagle winter roosting GIS data. Received from Vernal Field Office. |
| 1(2) | 3181-3269 | 2007 | Bureau of Land Management and U.S. Forest Service. Surface Operating Standards for Oil and Gas Exploration and Development "Gold Book" 4th Edition. |
| 1(2) | 3270-3276 | 12/-/2005 | Buys and Associates, Inc. Threatened/Endangered Plant Survey and Habitat Evaluation of Enduring Resources LLC's Rock House Unit. |
| 1(2) | 3277-3284 | 12/-/2005 | Buys and Associates, Inc. Special Status Plant Survey & Habitat Evaluation of Enduring Resources LLC's Rock House Unit. |
| 1(2) | 3285-3286 | 6/-/2006 | Buys and Associates, Inc. 2006 Uinta Basin Hookless Cactus Survey report for Sections 28 and 33 of T1OS R23E, Uintah Co., Utah. Incomplete; for complete document, see CD 4, B18-B20. |
| 1(2) | 3287 | 5/3/2006 | Buys and Associates, Inc. Background Noise Analysis for the White River. |
| 1(2) | 3288-3367 | 6/-/2006 | Buys and Associates, Inc. Enduring Resources 2006 Mexican Spotted Owl Survey Report. |
| 1(2) | 3368-3435 | no date | Center for Invasive Plant Management. Invasive Plant Management: CIPM online textbook. Accessed July 2006. http://www.weedcenter.org/textbook/ |
| 1(2) | 3436-3588 | 6/-/2004 | Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats. |
| 1(2) | 3589 | 10/-/1989 | Ganey, J.L. and R.P. Balda. Home Range Characteristics of Spotted Owls in Northern Arizona. Journal of Wildlife Management 53: 1159-1165. |
| 1(2) | 3590-3619 | 1991 | Harris, C.M. Handbook of Acoustical Measurements and Noise Control. McGraw-Hill,Inc., New York, NY. Chapter 4. |
| 1(2) | 3620-3627 | 5/20/1986 | Krahn, M.M., L.J. Kittle Dr., and W.D. MacLeod Jr. Evidence for Exposure of Fish to Oil Spilled into the Columbia River. Marine Environmental Research 20. pp. 291-298. |
| 1(2) | 3628-3634 | 2003 | Lyon, A. G., and S. H. Anderson. Potential Gas Development Impacts on Sage-Grouse Nest Initiation and Movement. Wildlife Society Bulletin. Pp. 486-491. |
| 1(2) | 3635-3648 | 5/-/2004 | Metcalf Archaeological Consultants, Inc. The Houston Exploration Company: Class III Cultural Resource Inventory for the Rock House #4D-30 and #4D-31 Wells Project in Uintah County, Utah. |
| 1(2) | 3649-3653 | 4/25/2006 | Sagebrush Consultants, L.L.C. A Cultural Resource Inventory of Houston Exploration Access Road Upgrade, Uintah County, Utah. |
| 1(2) | 3654-3659 | 5/28/2004 | Sagebrush Consultants, L.L.C. A Cultural Resource Inventory of Rock House Well #13-31 for the Houston Exploration Company, Uintah County, Utah. |
| 1(2) | 3660-3748 | 9/-/2002 | Southern Utah Wilderness Alliance. Supplemental and New Information RE: Utah Wilderness Coalition's White River Proposed Wilderness Unit. |
| 1(2) | 3749-3767 | 5/19/2006 | Stavish, P., (Montgomery Archeological Consultants), Rock House Environmental Assessment Sections 3.5 and 4.0. MOAC Report No. 06-179. |
| 1(2) | 3768-3825 | 9/-/2005 | SWCA Environmental Consultants. Final Assessment of Potential Mexican Spotted Owl Nesting Habitat on BLM-Administered Lands in Northeastern Utah. |
| 1(2) | 3826-6920 | 7/-/2005 | Trinity, J.T. and B.E. Nicholls. Air Quality Assessment Report – Vernal and Glenwood Springs Resource Management Plans. Report and Appendices A through F. |

Revised
6/17/08

| | | | |
|---|---|---|---|
| 2(3) | 6951-8064 | 7/-/2005 | Trinity, J.T. and B.E. Nicholls. Air Quality Assessment Report – Vernal and Glenwood Springs Resource Management Plans. Appendix F (continued) and Attachments 1 and 2. |
| 2(3) | 8065-8131 | 8/29/2005 | Uintah County. Uintah County General Plan Update. |
| 2(3) | 8132-8142 | 12/-/1995 | U.S. Fish and Wildlife Service. Recovery Plan for the Mexican Spotted owl (*Strix occidentalis lucida*). |
| 2(3) | 8143-8192 | 5/20/1999 | U.S. Fish and Wildlife Service. Memorandum: Final Section 7 Consultation Concerning Ouray Field Oil and Gas Project, Uintah County, Utah. |
| 2(3) | 8193-8242 | 7/19/2000 | U.S. Fish and Wildlife Service. Memorandum: Final Section 7 Consultation for Coastal Oil and Gas Corporation's Proposed Development of the Ouray Field natural Gas Project, White River, Uintah County, Utah. |
| 2(3) | 8243-8349 | 8/1/2002 | U.S. Fish and Wildlife Service. Humpback Chub (*Gila cypha*) Recovery Goals: Amendment and Supplement to the Humpback Chub Recovery Plan. |
| 2(3) | 8350-[8380] | 8/1/2002 | U.S. Fish and Wildlife Service. Bonytail (*Gila elegans*) Recovery Goals: Amendment and Supplement to the Bonytail Recovery Plan. Incomplete; for complete document, see CD 4, B21-B115. |
| 4 | B224-B335 | 8/1/2002 | U.S. Fish and Wildlife Service. Razorback Sucker (*Xyrauchen texanus*) Recovery Goals: Amendment and Supplement to the Razorback Sucker Recovery Plan. |
| 2(3) | [8381]-8458 | 8/1/2002 | U.S. Fish and Wildlife Service. Colorado Pikeminnow (*Ptychocheilus lucius*) Recovery Goals: Amendment and Supplement to the Colorado Squawfish Recovery Plan. Incomplete; for complete document see CD 4, B116-B223. |
| 2(3) | 8459-8518 | 6/15/2007 | U.S. Fish & Wildlife Service. Draft Post-Delisting Monitoring Plan for the Bald Eagle (*Haliaeetus leucocephalus*). |
| 2(3) | 8519-8523 | 10/-/2000 | Utah Department of Environmental Quality, Division of Water Quality. Utah's 2003 303(d) List of Waters. |
| 2(3) | 8524-8636 | 10/-/2000 | Utah Department of Environmental Quality. Utah Nonpoint Source Pollution Management Plan. |
| 2(3) | 8637 | 5/12/2006 | Email: Marion Fischel, Kirby Carroll: Forwarding email from Utah Division of Water Rights (Bob Leake) re: permit requirement for well pad #41-33. |
| 2(3) | 8638-8687 | 8/-/1996 | Utah Division of Wildlife Resources. Birds of the Book Cliffs Baseline Inventory. Progress Report. |
| 2(3) | 8688 | no date | Utah Division of Wildlife Resources – Utah Conservation Data Center Website. Accessed: June 2006 http://dwrcdc.nr.utah.gov/ucdc/ (Introduction page only). |
| 2(3) | 8689 | 11/-/1985 | Woodward, D.F., R.G. Riley, M.G. Henry, J.S. Meyer, and T.R. Garland. Leaching of Retorted Oil Shale: Assessing the Toxicity to Colorado Squawfish, Fathead Minnows, and Two Food-Chain Organisms. Transactions of the American Fisheries Society 114. p887-894. (Abstract only). |
| 2(3) | 8690-8721 | 6/-/2007 | Bureau of Land Management. Finding of No Significant Impact and Decision Record, Environmental Assessment UT-080-07-584 : Historic Rock Structure Restoration & Interpretation. |
| 2(3) | 8722-8727 | 6/-/2007 | Buys & Associates Inc. Spring 2007 Raptor Survey Report. |
| 2(3) | 8728--8735 | 2/7/2007 | Bureau of Land Management. White River Wilderness Characteristics Review. |
| 2(3) | 8736-8764 | 5/-/2007 | Buys & Associates Inc. Wilderness Characteristics Documentation Technical Report (preceded by Stephanie Howard memorandum to file). |
| 2(3) | 8765-8898 | 8/-/2004 | Trinity, J.T. and B.E. Nicholls. Air Quality Assessment Report- Vernal and Glenwood Springs Resource Management Plans. Report only. Document contains pagination and formatting errors; for clean copy see CD 1, Box 4a, 11804-11936. |
| 2(3) | 8899-9242 | 1/-/2006 | Bureau of Land Management. Draft Environmental Impact Statement, Greater Deadman Bench Oil and Gas Producing Region, Questar Exploration and Production Company. |

| | | | |
|---|---|---|---|
| 2(3) | 9243-9348 | 1/-/2006 | Bureau of Land Management.  Air Quality Technical Support Document, Greater Deadman Bench Oil and Gas Region, Draft Environmental Impact Statement, Uintah County, Utah. |
| 2(3) | 9349-9474 | 10/-/2006 | Bureau of Land Management.  Environmental Assessment UT-080-05-309, Enduring Resources" Rock House Gas Well Proposal. |
| 2(3) | 9475-9536 | 5/9/05 | Bureau of Land Management. Environmental Assessment UT-080-04-252, Project Title: Road #4224 Proposed Uintah County Road Title V Right-of-Way and the Houston Exploration Company's Proposal for Rock House Gas Wells, Access Road, and Pipeline Rights-of-Way, in the Archy Bench-Saddletree Draw Area; Finding of No Significant Impact and Decision Record. |
| 2(3) | 9574-9671 | 10/-/2004 | Bureau of Land Management.  Draft Environmental Assessment UT-080-05-309, Enduring Resources 48 Rock House Gas Wells. |
| 2(3) | 9672-9997 | 10/-/2007 | Bureau of Land Management.  Supplement to the Draft Vernal Resource Management Plan and Environmental Impact Statement.  Same document is at CD 3, Box 5, A906-A1228. |
| 2(4a) | 11804-11936 | 8/-/2004 | Trinity, J.T. and B.E. Nicholls.  Air Quality Assessment Report- Vernal and Glenwood Springs Resource Management Plans.  Report only. |
| 2(4a) | 11937-11985 | no date | Buys & Associates Inc.  Rock House Emissions Inventory xls spreadsheets.  Complete version of attachment "Rock House Emission Inventory.xls" to CD 1, Box 1, 1353-1373, |
| 2(4a) | 11986-12019 | no date | Buys & Associates Inc.  Rock House Emissions Inventory xls spreadsheets.  First page missing; for first page, see CD 2, Box 4a, 12041. |
| 2(4a) | 12020-12021 | 3/12/2007 | Buys & Associates Inc.  NOX emissions screen3 model run. |
| 2(4a) | 12022-12034 | 6/27/2007 | Buys & Associates Inc.  Rock House EA air modeling assumptions, equations, and emissions. |
| 2(4b) | 34888-40539 | no date | Buys & Associates Inc.  Input and output files "RockOperations" (11/29-12/3/2007). |
| 2(4a) | 12035-12040 | no date | Buys & Associates Inc.  Summary of Rock House modeling from initial interim modeling to final results. |
| 2(4a) | 12041 | no date | Buys & Associates Inc.  First page of Rock House Emissions Inventory xls spreadsheets (CD 2, Box 4a, 11986-12019). |
| 2(3) | 9998-10782 | 12/21/2007 | Email: Debra Bain, Kirby Carroll: Transmitting as attachments input and output files "RockConstruction" and RockDrilling" (11/29/2007). |
| 2(3) | 10783-10944 | 6/-/2007 | Bureau of Land Management. Draft Environmental Assessment UT-080-07-671, Enduring Resources' Saddletree Draw Leasing and Rock House Development Proposal. |
| 2(3) | 10945-11329 | 12/-/2007 | Bureau of Land Management.  Final Environmental Assessment UT-080-07-671 and Biological Assessment, Enduring Resources' Saddletree Draw Leasing and Rock House Development Proposal. |
| 2(3) | 11330-11355 | 12/18/2007 | Bureau of Land Management.  Finding of No Significant Impact & Decision Record, EA UT-080-07-671. |
| 2(3) | 11356-11517 | 1/17/2008 | Request for State Director Review, SUWA et al. |
| 2(3) | 11518-11519 | 1/18/2008 | Email: Laura Lindley, Kent Hoffman, etc.: Request for SUWA's filing for State Director Review. |
| 2(3) | 11520 | 1/18/2008 | Email: Laura Lindley, Kent Hoffman, etc.: Request for SUWA's filing for State Director Review by mail. |
| 2(3) | 11521 | 1/22/2008 | Email: Laura Lindley, Kent Hoffman, etc.: Request for SUWA's exhibits. |
| 2(3) | 11522-11523 | 1/31/2008 | Memorandum to Jerry Kenczka: Response (James Ashley) to Exhibit 12 SUWA request for State Director Review. |
| 2(3) | 11524 | 1/31/2008 | Email: Kirby Carroll, Becky Hammond: Vernal RMP air quality assessment report. |
| 2(3) | 11525 | 1/25/2008 | Email: Scott Archer, Bill Stringer: Review of declaration of Megan Williams, IBLA 2007-103. |

Revised
6/17/08

| | | | |
|---|---|---|---|
| 2(3) | 11526 | 1/31/2008 | Email: Jerry Kenczka, Becky Hammond, etc.: Review of lease stipulations and notices. |
| 2(3) | 11527 | 1/31/2008 | Email: Jerry Kenczka, Becky Hammond, etc.: Rock House EA-lease stipulations. |
| 2(3) | 11528 | 1/31/2008 | Email: Jerry Kenczka, Becky Hammond: Additional air quality model information. |
| 2(3) | 11529-11557 | 1/30/2008 | Letter to BLM (attn. Selma Sierra): Enduring (Laura Lindley) response to SUWA's request for State Director Review. |
| 2(3) | 11558-11560 | 1/28/2008 | Email: Becky Hammond, Scott Archer: Review of declaration of Megan Williams. |
| 2(3) | 11561-11705 | no date | Air Quality Assessment Report, Vernal and Glenwood Springs Resource Management Plans, comparison of August 2004 and July 2005 versions. |
| 2(3) | 11706-11784 | 1/31/2008 | Fax to John Steiger (Solicitor's Office) from Jerry Kenczka: Right of way grants for U-85508 and U-85507. |
| 2(3) | 11785-11787 | 1/17/2008 | Decision: Suspension of operations and production lifted lease term adjusted. |
| 2(3) | 11788-11789 | 1/31/2008 | Email: Steve Bloch, Kent Hoffman: SUWA request for information and response. |
| 2(3) | 11790-11791 | 2/1/2008 | Email: Steve Bloch, Kent Hoffman: SUWA request for information and response. |
| 2(3) | 11792-11803 | 2/1/2008 | Decision: SUWA's request for stay denied, Vernal Field Office decision affirmed. |
| 4 | B2 | 8/29/2004 | Letter to BLM (attn. Stephanie Howard): unidentified comment (handwritten signature unreadable). |
| 4 | B3-B11 | 11/20/2006 | Letter to BLM (attn. Stephanie Howard): Megan Williams comments re EA UT-080-05-309; Williams' resume. |
| 4 | B12-B17 | no date | Resume of Jerry D. Spangler (received by BLM 7/23/2007). |
| 4 | B18-B20 | 6/-/2006 | Buys and Associates, Inc. 2006 Uinta Basin Hookless Cactus Survey report for Sections 28 and 33 of TIOS R23E, Uintah Co., Utah. |
| 4 | B21-B115 | 8/1/2002 | U.S. Fish and Wildlife Service. Bonytail (Gila elegans) Recovery Goals: Amendment and Supplement to the Bonytail Recovery Plan. |
| 4 | B116-B223 | 8/1/2002 | U.S. Fish and Wildlife Service. Colorado Pikeminnow (Ptychocheilus lucius) Recovery Goals: Amendment and Supplement to the Colorado Squawfish Recovery Plan. |
| 5 | 3950-4062 | 7/-/2005 | Color version of Appendix A to the July 2005 Air Quality Report by Trinity and Nichols (black and white version appears at AR 3950 to 4062 on CD 1 (box2.pdf)) (part of Second AR supplement June 2008) |
| 5 | 11495A | 1/17/2008 | Page 2 of Exhibit 18 (Williams Comments) to SUWA's Request for State Director Review (the rest of Exhibit 18 appears at AR 11493-11500) (part of Second AR supplement June 2008) |
| 5 | C1-C2 | 11/30/2005 | Email: Dave Prey (Utah DAQ) to Jon Torizzo (Buys and Associates) re Uintah County Pollutant Backgtound Concerntrations in Rural Areas (part of Second AR supplement June 2008) |
| | Privileged | 5/29/2007 | Fax: Solicitor's Office comments to March 2007 draft EA. |
| | Privileged | 10/1/2007 | Fax: Solicitor's Office comments to draft responses to public comments. |
| | Privileged | 12/5/2007 | Fax: Solicitor's Office draft comments to draft Finding of No Significant Impact/Decision Record (FONSI/DR). |
| | Privileged | 12/13/2007 | Fax: Solicitor's Office final comments to draft FONSI/DR. |
| | Privileged | 1/31/2008 | Fax to Kent Hoffman from John Steiger (Solicitor's Office): Draft language for State Director's decision. |
| | Privileged | 1/30/2008 | Fax to Becky Hammond from John Steiger (Solicitor's Office) : Draft language for State Director's decision. |
| | Privileged | 1/31/2008 | Fax to Kent Hoffman from John Steiger (Solicitor's Office): Draft language for State Director's decision. |
| | Privileged | 1/29/2008 | Fax to John Steiger (Solicitor's Office) from BLM: Suggestions for response to SUWA request for State Director Review. |
| | Privileged | 2/1/2008 | Fax to John Steiger (Solicitor's Office) from Becky Hammond: Edits on draft State Director's decision. |