UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, the BUREAU OF LAND MANAGEMENT,<br><br>    Federal Defendants,<br><br>ENDURING RESOURCES, LLC,<br><br>    Defendant-Intervenor | Case: 1:08-cv-00411<br>Next Scheduled Court Deadline:<br>    Defendants' Reply Briefs due<br>    July 31, 2008<br>Judge Louis Oberdorfer |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Federal Defendants hereby request that the current briefing schedule, as reflected in the Court's April 29, 2008 minute order and modified by minute order entered May 30, 2008, be amended to allow all Defendants five additional business days to file their reply briefs in support of their cross-motions for summary judgment. Under the present schedule, Defendants' reply briefs are due July 31, 2008. Defendants ask that they be allowed until August 7, 2008, to file these briefs.

In support of this motion, the undersigned notes that he had been on long-planned annual leave during the first two weeks of July, when plaintiffs' Opposition/Reply brief on summary judgment was filed, and returned to work expecting promptly to begin work on Federal

Defendants' reply brief. However, he was distracted by unexpected flare-ups of activities on several cases for which he is responsible, including the issuance of an order in one very contentious case requiring a federal agency to assemble an administrative record on an unworkable time-table, and to negotiate with multiple plaintiffs and intervenors to arrive at an agreed case management schedule. These activities alone consumed the better part of a week. The undersigned has conferred with counsel for the parties, who indicate they do not oppose the request. No previous adjustment of the deadline for the reply brief has been requested.

      For the reasons stated above, Federal Defendants respectfully request that the Court enter an order allowing Defendants five additional business days, to August 7, 2008, to file their reply briefs, as reflected in the attached proposed order.

July 26, 2008                                   Respectfully submitted,

                                                  RONALD J. TENPAS
                                                  Assistant Attorney General

                                                  _____/S/ John S. Most_____
                                                  JOHN S. MOST (Virginia Bar #27176)
                                                  Trial Attorney, Natural Resources Section
                                                  Environment & Natural Resources Division
                                                  United States Department of Justice
                                                  P.O. Box 663, Washington, D.C. 20044
                                                  (202) 616-3353, (202) 305-0274 (fax)
                                                  email john.most@usdoj.gov

                                                  Counsel for Defendants

OF COUNSEL
JOHN W. STEIGER
Office of the Solicitor
Department of the Interior
Suite 6201 - Federal Building
125 S. State Street
Salt Lake City, Utah  84138
(801) 524-5677, (801) 524-4506 (fax)

## Certificate of Service

I hereby certify that on July 26, 2008, a copy of the foregoing was served on counsel of record noted below by filing it electronically using the Court's ECF system.

*Counsel for Plaintiffs:*

Sharon Buccino (D.C. Bar # 432073)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Avenue, N.W.
Suite 400
Washington, D. C. 20005
289-6868

Stephen H.M. Bloch (UT Bar #7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
(801) 486-3161

*Counsel for Defendant-Intervenor:*

Jonathan L. Abram
jlabram@hhlaw.com
Kirsten Friedel Roddy
kfroody@hhlaw.com
HOGAN AND HARTSON LLP
555 13th Street, N.W.
Washington, d. C. 20004-1109
Tel: (202) 637-5600

Rebecca W. Watson
rwwatson@hhlaw.com
HOGAN AND HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: (303) 899-7300

Laura Lindley
llindley@bjorklindley.com
Kathleen C. Schroder
kschroder@bjorklindley.com
BJORK LINDLEY LITTLE PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 892-1400


       /S/ John S. Most
        JOHN S. MOST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.* <br><br> Federal Defendants, <br><br> ENDURING RESOURCES, LLC, <br><br> Defendant-Intervenor | Case: 1:08-cv-00411 |

[Proposed] ORDER

Before the Court is Federal Defendants' July 26, 2008 *Unopposed Motion to Amend Scheduling Order*, requesting five additional business days for Defendants' filing of their summary judgment reply briefs. Upon consideration of this request and the record in this case, it is hereby ORDERED that the request is GRANTED. Defendants shall file their reply briefs by August 7, 2008. IT IS SO ORDERED.

DATED this _____ day of _____, 2008.

_____
U. S. DISTRICT JUDGE