IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE *et al.* ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 08-0411 (LFO) |
| ) | Hon. Louis Oberdorfer |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, in his official capacity ) | |
| as the Secretary of the United States ) | |
| Department of the Interior *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ENDURING RESOURCES, LLC, ) | |
| ) | |
| Defendant-Intervenor ) | |

## NOTICE OF FILING OF JOINT APPENDIX PURSUANT TO LOCAL RULE 7(n)

Plaintiffs hereby give notice that they have hand-delivered to the clerk's office for filing the Joint Appendix containing excerpts from the administrative record cited by Plaintiffs, Defendants and Defendant-Intervenor in their respective briefs. Pursuant to instructions received from the clerk's office, Plaintiffs hand-delivered two compact disks containing the record excerpts. The excerpts comprising the Joint Appendix are listed in the Table of Contents attached hereto.

In addition, Defendants' brief cites the following items that are not included in the Joint Appendix in their entirety due to their length:

November 1984 Book Cliffs Resource Management Plan/Environmental Impact Statement, AR 2413-2705

2005 Draft Vernal Resource Management Plan and Environmental Impact Statement, AR A1-A1228

October 2007 Supplement to the Draft Vernal Resource Management Plan and Environmental Impact Statement, AR 9672-9997

June 2007 BLM, Draft Environmental Assessment # UT-080-07-671, Enduring Resources' Saddletree Draw Leasing and Rock House Development Proposal (Dec. 2007), AR 10783-10944.

May 2005 Environmental Assessment # UT-080-04-252 for the Proposed Uintah County Road Upgrade Proposal and Houston Exploration Company's Rock House Area Gas Development Project, AR 9475-9536

October 2004 Draft Environmental Assessment, # UT-080-05-309, for Enduring Resources 48 Rock House Gas Wells, AR 9574-9671

    Respectfully submitted,

      /s/  Sharon Buccino
    Sharon Buccino (DC Bar # 432073)
    Natural Resources Defense Council
    1200 New York Ave., NW, Suite 400
    Washington, DC  20005
    T:  202-289-6868
    F:  202-289-1060
    sbuccino@nrdc.org

    Stephen H.M. Bloch (admitted *pro hac vice*)
    David Garbett
    Southern Utah Wilderness Alliance
    425 East 100 South
    Salt Lake City, UT  84111
    T:  801-486-3161
    F: 801-486-4233
    steve@suwa.org

    *Counsel for Plaintiffs*

Dated:  August 18, 2008

**Joint Appendix**

**Table of Contents**

Email from Craig Nichols, BLM, to Bill Stringer, BLM (Nov. 26, 2007) (excerpt) AR 9

Letter from John Harja, State of Utah, to Stephanie Howard, BLM (Nov. 20, 2006) (excerpt) AR 1165-1166

Letter from John Harja, State of Utah, to Stephanie Howard, BLM (July 18, 2007) AR 1169

Letter from Kolano & Saha Engineers, Inc. to Stephen Bloch, SUWA (Nov. 20, 2006) AR 1246-1250

Letter from Spectrum Engineers to Stephen Bloch, SUWA (Nov. 16, 2006) AR 1252-1254

Letter from Stephen Bloch, SUWA to Stephanie Howard, BLM (Feb. 1, 2007) AR 1264-1267

Williams July 2007 comments on draft EA AR 1293-1304

Comments of Megan Williams re. Rock House project (July 19, 2007) AR 1321-1333

Howard e-mail to Bloch AR 1353-1354

Buys & Associates Inc., Rock House Emissions Inventory xls spreadsheets (excerpt) AR 1355

Douglas e-mail to Williams AR 1402

Buys & Associates Inc., Rock House Emissions Inventory xls spreadsheets (excerpt) AR 1403

SUWA comments, July 19, 2007 AR 2242-2260

River Guides and Outfitters Letter (July 23, 2007) AR 2291-2297

BLM, Record of Decision and Rangeland Program Summary for the Book Cliffs Resource Management Plan (May 1985) (excerpts) AR 2797-2799, 2807-2815, 2847, 2856, 2865, 2867-2869

Cover Pages re: UT wilderness inventory AR 3066-3068

BLM, Utah Wilderness Inventory (1999) (excerpt) AR 3088

**Joint Appendix**

**Table of Contents**

Email from Craig Nichols, BLM, to Bill Stringer, BLM (Nov. 26, 2007) (excerpt) AR 9

Letter from John Harja, State of Utah, to Stephanie Howard, BLM (Nov. 20, 2006) (excerpt) AR 1165-1166

Letter from John Harja, State of Utah, to Stephanie Howard, BLM (July 18, 2007) AR 1169

Letter from Kolano & Saha Engineers, Inc. to Stephen Bloch, SUWA (Nov. 20, 2006) AR 1246-1250

Letter from Spectrum Engineers to Stephen Bloch, SUWA (Nov. 16, 2006) AR 1252-1254

Letter from Stephen Bloch, SUWA to Stephanie Howard, BLM (Feb. 1, 2007) AR 1264-1267

Williams July 2007 comments on draft EA AR 1293-1304

Comments of Megan Williams re. Rock House project (July 19, 2007) AR 1321-1333

Howard e-mail to Bloch AR 1353-1354

Buys & Associates Inc., Rock House Emissions Inventory xls spreadsheets (excerpt) AR 1355

Douglas e-mail to Williams AR 1402

Buys & Associates Inc., Rock House Emissions Inventory xls spreadsheets (excerpt) AR 1403

SUWA comments, July 19, 2007 AR 2242-2260

River Guides and Outfitters Letter (July 23, 2007) AR 2291-2297

BLM, Record of Decision and Rangeland Program Summary for the Book Cliffs Resource Management Plan (May 1985) (excerpts) AR 2797-2799, 2807-2815, 2847, 2856, 2865, 2867-2869

Cover Pages re: UT wilderness inventory AR 3066-3068

BLM, Utah Wilderness Inventory (1999) (excerpt) AR 3088

BLM, Revisions to 1999 Utah Wilderness Inventory" (excerpts) AR 3100, 3110

Trinity Consultants, Air Quality Assessment Report for Vernal and Glenwood Springs Resource Management Areas (July 2005) (excerpts) AR 3826, 3842-55, 3876, 3884-85

BLM, Environmental Assessment UT-080-07-584: Historic Rock Structure Restoration & Interpretation (June 2007) (excerpt) AR 8694

BLM Vernal Field Office, Wilderness Characteristics Review (Feb. 7, 2007) (excerpt) AR 8729-8730

June 2007 BLM Draft Environmental Assessment # UT-080-07-671, Enduring Resources' Saddletree Draw Leasing and Rock House Development Proposal (excerpts), AR 10783-10791, 10881-10884

BLM, Final Environmental Assessment UT-080-07-671, Enduring Resources' Saddletree Draw Leasing and Rock House Development Proposal (Dec. 2007)  AR 10945-11329

Bureau of Land Management, Finding of No Significant Impact and Decision Record for Enduring Resources' Saddletree Draw Leasing and  Rock House Development Environmental Assessment, Uintah County,  Utah, EA # UT-080-07-671 (December 18, 2007) AR 11330-11355

SUWA Request for State Director Review of Rock House Finding of No Significant Impact/Decision Record (Jan. 17, 2008) (excerpt) AR 11373-11376

January 2008 Southern Utah Wilderness Alliance Request for Stay and State Director Review, (excerpt), 11387-11391

BLM, Floating the White River AR 11462-11466

BLM, Draft EIS Vernal Resource Management Plan (January 2005) (excerpts) AR 11468-11483, AR 11485-11492

Comments of Megan Williams in response to Final Rock House EA (Jan. 17, 2008) AR 11494-11500

Letter from Enduring Resources, LLC, to Selma Sierra, BLM (Jan. 31, 2008) (excerpt) AR 11537-11546, 11556-11558

January 17, 2008 BLM Decision lifting suspension on lease UTU-81737, AR 11785-87

BLM, Utah State Office, SDR Decision 08-06 (Feb. 1, 2008) AR 11792-11803

Buys & Associates, Rock House Emissions Inventory (excerpts) AR 11981-11985

Buys & Associates Inc., Rock House Emissions Inventory xls spreadsheets (excerpt) AR 12017

Buys & Associates Inc., Summary of Rock House Modeling from Initial Interim Modeling to Final Results AR 12035-12040

BLM, Vernal Field Office, Draft Resource Management Plan and Environmental Impact Statement (Jan. 2005) (excerpts) AR A113, A229, A253, A711, A713, A751-A761, A789

BLM, Vernal Field Office, Supplement to the Draft Resource Management Plan and Environmental Impact Statement (excerpt) AR A935-A936